**THE CITY OF NEW YORK**
**OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS**
**CITYWIDE JOB VACANCY NOTICE**

| Civil Service Title: Executive Agency Counsel | Level: M1 | Title Code: 95005 |
|---|---|---|
| Office Title: Special Education Hearing Officer | Salary: $140,000 | |
| Bureau: Special Education Hearings Division | | |
| Work Location: 66 John St., New York, NY (subject to change) | Number of Positions: 25 | |
| As of August 2, 2021, all new hires must be vaccinated against the COVID-19 virus, unless they have been granted a reasonable accommodation for religion or disability. If you are offered City employment, this requirement must be met by your date of hire, unless a reasonable accommodation for exemption is received and approved by the hiring agency. | Hours/Shift: full time | |

## JOB DESCRIPTION

The City of New York's Office of Administrative Trials and Hearings (OATH) is the nation's largest administrative tribunal, holding approximately 400,000 trials and hearings a year. OATH is seeking to hire twenty five (25) attorneys to serve as special education hearing officers in the administration of special education impartial due process hearings for students with disabilities, 3-21 years of age, pursuant to section 200.1(x) of the Regulations of the Commissioner of Education.

The federal Individuals with Disabilities Education Act (IDEA) has established due process procedures for use when a parent and a school district disagree about the identification, evaluation, educational placement, or the provision of a free appropriate public education for a student with a disability. Such disagreements may be resolved through an impartial hearing, a formal method in which the parties present and refute evidence before a hearing officer.

Responsibilities will include, but are not limited to:

- Conducting hearings by remote means and in person, evaluating evidence, and maintaining administrative courtroom procedures.
- Conduct settlement conferences between parents and the New York City Department of Education.
- Issue written decisions.
- Conduct legal research regarding state and federal education laws, the IDEA, and special education programs.
- Maintain a high degree of professionalism and effectiveness in handling assigned matters promptly.
- Handle special assignments and projects including but not limited to oral and/or written presentations.

New York State Education Department impartial hearing officer training and additional training will be provided at no cost to candidates after hiring.

**Please note: Incumbents must remain members of the New York State Bar in good standing and must attain NYSED impartial hearing officer certification promptly upon hiring and maintain such certification for the duration of this employment.**

## QUALIFICATION REQUIREMENTS

- Admission to the New York State Bar; and four years of recent full-time responsible, relevant, satisfactory legal experience subsequent to admission to any bar, eighteen months of which must have been in the supervision of other attorneys, in an administrative, managerial or executive capacity, or performing highly complex and significant legal work.

- Have a minimum of two years practice and/or experience in the areas of education, special education, disability rights or civil rights.

- Attain NYSED impartial hearing officer certification promptly upon hiring and maintain such certification throughout the course of employment. Failure to comply with this requirement may result in termination.

## PREFERRED SKILLS

- Possess knowledge of, and the ability to understand, the provisions of federal and state law and regulations pertaining to IDEA and legal interpretations of such law and regulations by federal and state courts.
- Possess knowledge of, and the ability to conduct hearings in accordance with appropriate standard legal practice and to render and write decisions in accordance with appropriate standard legal practice.
- Excellent oral and written communication skills.
- History of volunteerism, such as service in the AmeriCorps or Peace Corps, is viewed favorably.

| **To Apply:** | | |
|---|---|---|
| Applicant must be a City resident within 90 days of appointment.  Interested candidates should apply online via *NYC Careers* on the **NYC.gov** website (http://www.nyc.gov/html/careers/html/home/home.shtml).  <u>No telephone calls, faxes or personal inquiries please.</u>  Only those candidates under consideration will be contacted.<br>**For more information about OATH, visit us at:  www.nyc.gov/oath** | | |
| **Post Date:** | **Post:   Until Filled** | **JVN: 820-2021-000058** |

**OATH and the City of New York are Equal Opportunity Employers**