UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.F. *et al.*, <br><br> Plaintiffs, <br><br> -vs- <br><br> MAYOR BILL DE BLASIO, *et al*. <br><br> Defendants. | Civ. No.: 21-cv-11150 (ALC) |

**NOTICE OF MOTION AND MOTION**

**PLEASE TAKE NOTICE**, that at a date and time as may be designated by the Court, in the Daniel Patrick Moynihan United States Courthouse, located at 50 Foley Square, New York, NY 10007, before the Honorable Andrew L. Carter, Plaintiffs will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 65, for a Temporary Restraining Order and Preliminary Injunction pending final disposition of this action.

Plaintiffs' motion is based on all pleadings filed in this action, the accompanying Memorandum of Law in Support of the Request for a Temporary Restraining Order and Preliminary Injunction, and the declarations of Gary S. Mayerson, Esq. and Elisa Hyman, Esq. in support, as well as the exhibits attached thereto, and such oral arguments and evidence as may be presented at the hearing on the motion.

Dated:	January 11, 2022
	New York, New York

				Respectfully submitted,

MAYERSON & ASSOCIATES					THE LAW OFFICE OF ELISA HYMAN, P.C.

   */s/ Gary Mayerson*				   */s/ Elisa Hyman*
By_____				By_____
   Gary S. Mayerson					   Elisa Hyman, Esq.
   330 West 38th Street					   James Sanborn, Esq.
   New York, NY 10018					   1115 Broadway, 12th Floor
   Phone: (212) 265-7200				   New York, NY 10010
   Fax: (212) 265-1735					   Phone: (646) 572-9064
   Gary@mayerslaw.com					   Fax: 646-572-9065
									   elisahyman@gmail.com

*Co-counsel for Plaintiffs*					*Co-counsel for Plaintiffs*