# THE CITY OF NEW YORK
## OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS
### CITYWIDE JOB VACANCY NOTICE

| | | |
|---|---|---|
| **Civil Service Title:** Principal Administrative Associate | **Level:** III | **Title Code:** 10124 |
| **Office Title:** Director of Administration | **Salary:** $58,695 - 80,000 | |
| **Bureau:** Special Education Hearings Division | | |
| **Work Location:** 66 John St., New York, NY (subject to change) | **Number of Positions:** 1 | |
| As of August 2, 2021, all new hires must be vaccinated against the COVID-19 virus, unless they have been granted a reasonable accommodation for religion or disability. If you are offered city employment, this requirement must be met by your date of hire, unless a reasonable accommodation for exemption is received and approved by the hiring agency. | **Hours/Shift:** full time | |

## JOB DESCRIPTION

The City of New York's Office of Administrative Trials and Hearings (OATH) is the nation's largest administrative tribunal, holding approximately 400,000 trials and hearings a year. OATH is seeking to hire a Director of Administration to manage the operations of the newly created Special Education Impartial Hearings Division. The Director of Administration of the Special Education Impartial Hearings Division will lead the staff responsible for coordinating the hearing process for parents seeking relief pursuant to the federal Individuals with Disabilities Education Act (IDEA) and will serve as an advisor to the Deputy Commissioner of the Division on policy decisions and workflow matters.

The federal Individuals with Disabilities Education Act (IDEA) has established due process procedures for use when a parent and a school district disagree about the identification, evaluation, educational placement, or the provision of a free appropriate public education for a student with a disability. Such disagreements may be resolved through an impartial hearing, a formal method in which the parties present and refute evidence before a hearing officer.

Responsibilities will include, but are not limited to:

- Prepare and coordinate the requisite notices and documentation to assure full due process rights for students with disabilities.
- Advise the Deputy Commissioner in formulating appropriate policy, both legal and administrative, regarding issues affecting the adjudication of disputes about the education of children with disabilities and liability for the payment for such education.
- Support all pre- and post-hearing activities, including calendaring and administrative assistance to the Special Education Hearing Officers, so that determinations regarding special education services and payments are made in a timely fashion and in compliance with all legal requirements and confidentiality rules.
- Perform and oversee related clerical tasks and departments.

**Special Note:**
*Only candidates currently serving in a NYC agency as a permanent Principal Administrative Associate or who are currently reachable on the NYC civil service list should apply.*

## QUALIFICATION REQUIREMENTS

- A baccalaureate degree from an accredited college and three years of satisfactory full-time progressively responsible clerical/administrative experience, one year of which must have been in an administrative capacity or supervising staff performing clerical/administrative work of more than moderate difficulty; or
- An associate degree or 60 semester credits from an accredited college and four years of satisfactory full-time progressively responsible clerical/administrative experience including one year of the administrative supervisory experience described in "1" above; or
- A four-year high school diploma or its educational equivalent approved by a State's department of education or a recognized accrediting organization and five years of satisfactory full-time progressively responsible clerical/administrative experience including one year of the administrative supervisory experience as described in "1" above;
- Education and/or experience equivalent to "1", "2", or "3" above. However, all candidates must possess the one year of administrative or supervisory experience as described in "1" above. Education above the high school level may be substituted for the general clerical/administrative experience (but not for the one year of administrative or supervisory experience described in "1" above) at a rate of 30 semester credits from an accredited college for 6 months of experience up to a maximum of 3½ years.

**Preferred Skills**

1. Familiarity the operations and structure of court or administrative tribunal systems.
2. Excellent oral and written communication skills.
3. History of volunteerism, such as service in the AmeriCorps or Peace Corps, is viewed favorably.

**To Apply:**

Applicant must be a City resident within 90 days of appointment.  Interested candidates should apply online via *NYC Careers* on the **NYC.gov** website (http://www.nyc.gov/html/careers/html/home/home.shtml).  No telephone calls, faxes or personal inquiries please.  Only those candidates under consideration will be contacted.

**For more information about OATH, visit us at:  www.nyc.gov/oath**

| Post Date: | Post:   Until Filled | JVN: 820-2021-000073 |

**OATH and the City of New York are Equal Opportunity Employers**

Hyman Decl.  Ex. E- 2

**THE CITY OF NEW YORK**
**OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS**
**CITYWIDE JOB VACANCY NOTICE**

| | | |
|---|---|---|
| **Civil Service Title:** Executive Agency Counsel | **Level:** M2 | **Title Code:** 95005 |
| **Office Title:** Supervising Special Education Hearing Officer | **Salary:** $143,000 – 145,000 | |
| **Bureau:** Special Education Hearings Division | | |
| **Work Location:** 66 John Street, New York, NY (subject to change) | **Number of Positions:** 1 | |
| As of August 2, 2021, all new hires must be vaccinated against the COVID-19 virus, unless they have been granted a reasonable accommodation for religion or disability. If you are offered city employment, this requirement must be met by your date of hire, unless a reasonable accommodation for exemption is received and approved by the hiring agency. | **Hours/Shift:** full time | |

## JOB DESCRIPTION

The City of New York's Office of Administrative Trials and Hearings (OATH) is the Nation's largest administrative tribunal, holding approximately 400,000 trials and hearings a year. OATH is seeking to hire a Supervising Special Education Hearing Officer to manage the special education impartial hearing officers (IHOs) in the administration of special education impartial due process hearings for students with disabilities, 3-21 years of age, pursuant to section 200.1(x) of the Regulations of the Commissioner of Education. The Supervising Special Education Hearing Officer will work with the Deputy Commissioner of the Division to oversee all adjudicatory activities related to the impartial hearing process for parents seeking relief pursuant to Individuals with Disabilities Education Act (IDEA) and will serves as a senior advisor to the Deputy Commissioner of the Division on policy and legal matters.

The federal Individuals with Disabilities Education Act (IDEA) has established due process procedures for use when a parent and a school district disagree about the identification, evaluation, educational placement, or the provision of a free appropriate public education for a student with a disability. Such disagreements may be resolved through an impartial hearing, a formal method in which the parties present and refute evidence before a hearing officer.

Responsibilities will include, but are not limited to:

- Manage all pre- and post-hearing adjudicatory activities so that determinations regarding students' services are made in a timely fashion. Monitor the activities and timeline involved in cases handled by Special Education Hearing Officers.
- Assure compliance with federal and state laws and regulations under the federal Individuals with Disabilities Education Act and Section 504 of the Rehabilitation Act.
- Assist in the preparation and coordination of the requisite notices and documentation to assure full due process rights for students with disabilities.
- Acts as a continuing training and educational resource for Special Education Hearing Officers concerning changes in federal and state laws and regulation and decisions of federal and state courts and the NYSED Office of State Review.
- Responsible for developing public-facing analyses and reports for elected officials, press outlets, families, and communities.
- Conduct hearings by remote means and in person, evaluating evidence, and maintaining administrative courtroom procedures.
- Conduct settlement conferences between parents and the New York City Department of Education.
- Issue written decisions.
- Conduct legal research regarding state and federal education laws, the IDEA, and special education programs.
- Handle special assignments and projects including but not limited to oral and/or written presentations.
- Maintain a high degree of professionalism and effectiveness in ensuring that assigned matters are handled promptly.

New York State Education Department impartial hearing officer training and additional training will be provided at no cost to candidates after hiring.

**Please note: Incumbents must remain members of the New York State Bar in good standing and must attain NYSED impartial hearing officer certification promptly upon hiring and maintain such certification for the duration of this employment.**

## QUALIFICATION REQUIREMENTS

- Admission to the New York State Bar; and four years of recent full-time responsible, relevant, satisfactory legal experience subsequent to admission to any bar, eighteen months of which must have been in the supervision of other attorneys, in an administrative, managerial or executive capacity, or performing highly complex and significant legal work.
- Have a minimum of two years practice and/or experience in the areas of education, special education, disability rights or civil rights.
- Attain NYSED impartial hearing officer certification promptly upon hiring and maintain such certification throughout the course of employment. Failure to comply with this requirement may result in termination.

### Preferred Skills

1. Possess knowledge of, and the ability to understand, the provisions of federal and state law and regulations pertaining to IDEA and legal interpretations of such law and regulations by federal and state courts.
2. Demonstrated ability to manage hearing officers, judges, and/or adjudicatory staff.
3. Possess knowledge of, and the ability to conduct hearings in accordance with appropriate standard legal practice and to render and write decisions in accordance with appropriate standard legal practice.
4. Excellent oral and written communication skills.
5. History of volunteerism, such as service in the AmeriCorps or Peace Corps, is viewed favorably.

### To Apply:

Applicant must be a City resident within 90 days of appointment.  Interested candidates should apply online via **NYC Careers** on the **NYC.gov** website (http://www.nyc.gov/html/careers/html/home/home.shtml). No telephone calls, faxes or personal inquiries please.  Only those candidates under consideration will be contacted.

**For more information about OATH, visit us at:  www.nyc.gov/oath**

| **Post Date:** | **Post:**   Until Filled | **JVN: 820-2021-000071** |
|---|---|---|

**OATH and the City of New York are Equal Opportunity Employers**

Hyman Decl.  Ex. E- 4

**THE CITY OF NEW YORK**
**OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS**
**CITYWIDE JOB VACANCY NOTICE**

| | | |
|---|---|---|
| **Civil Service Title:** Executive Agency Counsel | **Level:** M5 | **Title Code:** 95005 |
| **Office Title:** Deputy Commissioner | **Salary:** $170,000 - 180,000 | |
| **Bureau:** Special Education Hearings Division | | |
| **Work Location:** 66 John St., New York, NY (subject to change) | **Number of Positions:** 1 | |
| As of August 2, 2021, all new hires must be vaccinated against the COVID-19 virus, unless they have been granted a reasonable accommodation for religion or disability. If you are offered city employment, this requirement must be met by your date of hire, unless a reasonable accommodation for exemption is received and approved by the hiring agency. | **Hours/Shift:** full time | |

## JOB DESCRIPTION

The City of New York's Office of Administrative Trials and Hearings (OATH) is the nation's largest administrative tribunal, holding approximately 400,000 trials and hearings a year. OATH is seeking to hire a Deputy Commissioner to manage the newly created Special Education Hearings Division. The Deputy Commissioner of the Special Education Hearing Division oversees cases related to the impartial hearing process for parents seeking relief pursuant to Individuals with Disabilities Education Act (IDEA). This includes managing all pre-and post-hearing activities and division personnel.

The federal Individuals with Disabilities Education Act (IDEA) has established due process procedures for use when a parent and a school district disagree about the identification, evaluation, educational placement, or the provision of a free appropriate public education for a student with a disability. Such disagreements may be resolved through an impartial hearing, a formal method in which the parties present and refute evidence before a hearing officer.

Responsibilities will include, but are not limited to:

- Oversee the hearings process so that students and families received impartial hearing decisions in a timely manner.
- Provide clear communications to families across the City regarding their legal rights to due process and the use of mediation, when applicable.
- Prepare and coordinate the requisite notices and documentation to assure full due process rights for students with disabilities.
- Advise the Commissioner and Chief Administrative Law Judge of OATH in formulating appropriate policy, both legal and administrative, regarding issues affecting the adjudication of disputes about the education of children with disabilities and liability for the payment for such education.
- Responsible for the compilation and analysis of data pertaining to the due process rights of the education of children with disabilities. Prepare statistical and narrative reports for submission to the New York State Education Department.
- Responsible for recruitment, training, and appointment of Special Education Hearings Officers.
- Manage all Division staff.

New York State Education Department impartial hearing officer training and additional training will be provided at no cost to candidates after hiring.

**Please note:** Incumbents must remain members of the New York State Bar in good standing and must attain NYSED impartial hearing officer certification promptly upon hiring and maintain such certification for the duration of this employment.

## QUALIFICATION REQUIREMENTS

- Admission to the New York State Bar; and four years of recent full-time responsible, relevant, satisfactory legal experience subsequent to admission to any bar, eighteen months of which must have been in the supervision of other attorneys, in an administrative, managerial or executive capacity, or performing highly complex and significant legal work.
- Have a minimum of two years practice and/or experience in the areas of education, special education, disability rights or civil rights.
- Attain NYSED impartial hearing officer certification promptly upon hiring and maintain such certification throughout the course of employment. Failure to comply with this requirement may result in termination.

**Preferred Skills**

1. Possess knowledge of, and the ability to understand, the provisions of federal and State law and regulations pertaining to IDEA and legal interpretations of such law and regulations by federal and State courts.
2. Possess knowledge of, and the ability to conduct hearings in accordance with appropriate standard legal practice and to render and write decisions in accordance with appropriate standard legal practice.
3. Excellent oral and written communication skills.
4. Experience dealing with special education and/or child advocacy issues.
5. Experience in special education mediation.
6. History of volunteerism, such as service in the AmeriCorps or Peace Corps, is viewed favorably.

**To Apply:**

Applicant must be a City resident within 90 days of appointment. Interested candidates should apply online via *NYC Careers* on the **NYC.gov** website (http://www.nyc.gov/html/careers/html/home/home.shtml). <u>No telephone calls, faxes or personal inquiries please.</u> Only those candidates under consideration will be contacted.

**For more information about OATH, visit us at:  www.nyc.gov/oath**

| **Post Date:** | **Post:   Until Filled** | **JVN: 820-2021-000072** |
|---|---|---|

**OATH and the City of New York are Equal Opportunity Employers**

Hyman Decl.  Ex. E- 6