1/9/22, 6:16 PM  Compensation Rates for Impartial Hearing Officers Pursuant to Section 200.21 of the Regulations of the Commissioner : Special Education : P-12…

Case 1:21-cv-11150-ALC  Document 9-10  Filed 01/11/22  Page 1 of 2



# Special Education

## Compensation Rates for Impartial Hearing Officers Pursuant to Section 200.21 of the Regulations of the Commissioner

**Policy 01-11**

**August 2001**

| | |
|---|---|
| **TO:** | District Superintendents<br>Presidents of Boards of Education<br>New York City Board of Education<br>Superintendents of Schools<br>Superintendents of State-Operated and State-Supported Schools<br>Superintendents of Special Act Schools<br>Organizations, Parents & Individuals Concerned with Special Education<br>Directors of Special Education<br>Executive Directors of Approved Private Schools<br>Directors of Pupil Personnel Services<br>Chairpersons of Committees on Special Education<br>Chairpersons of Committees on Preschool Special Education<br>New York City Committee on Preschool Special Education Chairpersons & Administrators<br>New York City Committee on Special Education Chairpersons and Administrators<br>Impartial Hearing Officers<br>Commissioner's Advisory Panel for Special Education Services<br>SETRC Professional Development Specialists<br>Independent Living Centers<br>Other State Agency Programs |
| **FROM:** | Lawrence C. Gloeckler |
| **SUBJECT:** | Compensation Rates for Impartial Hearing Officers Pursuant to Section 200.21 of the Regulations of the Commissioner |

Section 200.21 of the Regulations of the Commissioner requires that an impartial hearing officer shall be compensated in an amount not to exceed the applicable rate prescribed in a schedule of maximum rates approved by the Director of the Division of Budget. Effective October 1, 2001, the Division of Budget has approved a revised maximum compensation rate for impartial hearing officers at the rate of $100 per hour for pre-hearing, hearing, and post-hearing activities. There is no maximum per diem on the number of hours for compensation.

For all hearings for which a district contracts with an impartial hearing officer prior to October 1, 2001, the maximum compensation remains at the $40 per hour rate, not to exceed $300 per day for a 7.5-hour day.

If you have any questions regarding this matter, you may contact the Special Education Policy Unit at (518) 473-2878.

Hyman Decl.  Ex. J- 1

1/9/22, 6:16 PM Compensation Rates for Impartial Hearing Officers Pursuant to Section 200.21 of the Regulations of the Commissioner : Special Education : P-12…

Case 1:21-cv-11150-ALC Document 9-10 Filed 01/11/22 Page 2 of 2

Hyman Decl. Ex. J- 2