

Office of the
New York City Comptroller
**Scott M. Stringer**
Bureau of Law and Adjustment
www.comptroller.nyc.gov

**April 2021**



# Claims Report:
## Fiscal Year 2020

Hyman Decl.  Ex. O- 1





THE CITY OF NEW YORK
OFFICE OF THE COMPTROLLER

SCOTT M. STRINGER
COMPTROLLER

April 9, 2021

Dear Fellow New Yorkers:

I am pleased to share the Office of the New York City Comptroller's (Comptroller's Office) Claims Report for fiscal year (FY) 2020, covering July 1, 2019 through June 30, 2020. This report examines claims filed against and on behalf of the City of New York and outlines trends by claim type across City agencies. In FY 2020, personal injury and property damage claim (collectively, tort claims) payouts cost the City $545.8 million down from the $633.3 million spent in FY 2019, a 14 percent decrease. I invite all City agencies to review this report and use it as a risk analysis tool to further reduce the number of claims filed each year.

My office continues to work with the New York City Law Department to clear the backlog of high exposure legacy tort claims that have been litigated for a decade or more. In FY 2020, the City paid out $60.2 million for tort claims that were filed prior to FY 2011. To avoid costly and drawn-out litigation for current and future New Yorkers, in FY 2020, my office settled two wrongful conviction claims pre-litigation—claims filed by Gregory Counts and VanDyke Perry.

In FY 2020, the City settled non-tort claims, such as contract claims, equitable claims, refund claims, and Department of Education (DOE) special education claims, for a total of $486.2 million, a 34 percent increase from the $363.2 million paid out in FY 2019. Of these law claims, 75 percent of the settlement payments were related to claims for reimbursement of special education tuition and services. The amount of settlements paid out for DOE special education claims in FY 2020 increased by 27 percent to $363.5 million paid out, compared to $285.7 million paid out in FY 2019. Notably, payouts in FY 2020 were 179 percent greater than the settlement costs of DOE special education claims in FY 2014.

Hyman Decl.  Ex. O- 3

This report should be viewed through the lens of a City challenged by COVID-19 and confronting and working to end racial injustice. As the epicenter of COVID-19, the virus took an unimaginable toll on lives, businesses, and the way we all work and live. The City is also addressing disparities in communities of color. The City's fiscal health is now more important than ever in order to rebuild and return stronger. My office continues to identify areas to reduce claims costs and works closely with City agencies to manage risk. With every dollar saved, we can redirect the funds to critical resources in our most vulnerable communities.

Sincerely,

Scott M. Stringer
New York City Comptroller



# Claims Report:
## Fiscal Year 2020

SCOTT M. STRINGER
Comptroller

First Deputy Comptroller
Alaina Gilligo

General Counsel and Deputy Comptroller for Legal Affairs
Neysa Alsina

Assistant Comptroller, Bureau of Law & Adjustment
Seunghwan Kim

Chief of Staff, Bureau of Law & Adjustment
Lauren B. Jacobson

Directors, Bureau of Law & Adjustment
Lynell Canagata
Adam S. Karp
Katherine Reilly

Deputy Director for Litigation, Bureau of Law & Adjustment
Rohit Mallick

Acknowledgments: We recognize the important contributions to this report made by Johnny Thomas, BLA Claims Support Division Chief; Stephen Giannotti, Deputy Chief Information Officer – Applications & Development; Edward Sokolowski, Executive Director – Systems Development & Program Management; Troy Chen, Executive Director – FMS; and Archer Hutchinson, Web Developer and Graphic Designer.

Hyman Decl.  Ex. O- 5

## TABLE OF CONTENTS



I.    EXECUTIVE SUMMARY ............................................................................... 1

II.   OVERVIEW OF THE COMPTROLLER'S INITIATIVES TO MANAGE RISK
      AND IMPLEMENT BEST PRACTICES ........................................................... 5

III.  LEGACY CLAIMS ....................................................................................... 6

IV.   TORT CLAIMS ........................................................................................... 7

      A.  PROPERTY DAMAGE CLAIMS .............................................................. 9

      B.  PERSONAL INJURY CLAIMS ............................................................. 10

      C.  PERSONAL INJURY CLAIM TRENDS BY CLAIM TYPE ........................ 10

          1.  MOTOR VEHICLE CLAIMS ........................................................ 12

          2.  POLICE ACTION ...................................................................... 12

          3.  CIVIL RIGHTS CLAIMS .............................................................. 14

          4.  MEDICAL MALPRACTICE CLAIMS .............................................. 17

      D.  TORT CLAIM TRENDS BY AGENCY ................................................... 17

          1.  NEW YORK CITY POLICE DEPARTMENT ..................................... 18

          2.  DEPARTMENT OF TRANSPORTATION ........................................ 21

          3.  NYC HEALTH + HOSPITALS ...................................................... 22

          4.  DEPARTMENT OF SANITATION .................................................. 24

      E.  TORT CLAIM TRENDS BY BOROUGH ................................................ 25

V.    LABOR AND EMPLOYMENT CLAIMS ........................................................ 26

VI.   LAW (NON-TORT) CLAIMS ...................................................................... 26

APPENDICES

      A.  DESCRIPTION OF CLAIM TYPES ....................................................... 34

      B.  LEGAL BACKGROUND .................................................................... 41

      C.  TOP TEN TORT CLAIMS ADJUDICATED IN FY 2020 ........................ 42

      D.  CHART AND TABLE INDEX .............................................................. 43

      E.  DETAILED TABLES ......................................................................... 44

ENDNOTES .................................................................................................. 53

Ex. O- 6

# I. EXECUTIVE SUMMARY

Under the New York City Charter, the Comptroller has the power to settle or adjust all claims in favor of or against the City.[1] This work is performed by the Comptroller's Office Bureau of Law and Adjustment (BLA), which, under the direction of the Comptroller, the General Counsel, and the Assistant Comptroller for BLA, comprises attorneys, claims professionals, engineers, and administrative staff.

In FY 2020, 13,741 claims and lawsuits against New York City were resolved for $1.03 billion compared to 14,267 claims and lawsuits resolved for $996.5 million in FY 2019.[2] Claims data is depicted in the composite bar graphs and further explained in the report.

**Total Number of Claim Settlements & Judgments
FY 2019 vs. FY 2020**



| | FY 19 | FY 20 |
|---|---|---|
| Number of Tort Claims Settled | 8,923 | 7,891 |
| Number of Law Claims Settled | 5,344 | 5,850 |

**Total Amount of Claim Settlements & Judgments Paid
FY 2019 vs. FY 2020**



| | FY 19 | FY 20 |
|---|---|---|
| Dollar Amount of Tort Claims Paid | $633,292,210 | $545,793,960 |
| Dollar Amount of Law Claims Paid | $363,203,570 | $486,217,935 |

Hyman Decl.  Ex. O- 7

## TORT CLAIMS

In FY 2020, for a third fiscal year, there was a decline in the City's payouts on personal injury and property damage claims (collectively, tort claims), which include allegations of slip and falls, medical malpractice, police action, and motor vehicle property damage claims. The number of tort claims filed in FY 2020 decreased by 11 percent and the amount paid out in settlements and judgments in FY 2020 decreased by 14 percent. Yet, New Yorkers continue to pay for claims that were filed more than a decade ago.

- In FY 2020, the City paid out $545.8 million in tort claims, $87.5 million less than the $633.3[3] million paid out in FY 2019.[4]

- In FY 2020, the City paid out $60.2 million for personal injury tort claims that were filed prior to FY 2011 (legacy claims).

- Excluding legacy claim payments, personal injury tort claim payouts declined from $575.4 million in FY 2019 to $478.7 million in FY 2020.

### Medical Malpractice Claims

Since FY 2011—when 611 claims were filed—the number of medical malpractice claims filed has steadily declined over the past 10 fiscal years. Regardless, we anticipate that the City will continue to pay out costly settlements and judgments as a result of the large number of medical malpractice claims filed in years past.

- In FY 2020, there were 392 medical malpractice claims filed, down 19 percent from the 482 medical malpractice claims filed in FY 2019.

- Medical malpractice claim settlements and judgments in FY 2020 decreased to $65.4 million from $106.5 million in FY 2019.

### Civil Rights Claims

- In FY 2020, the Comptroller's Office resolved two wrongful conviction claims pre-litigation. These two claims accounted for just 0.4 percent of all civil rights claim settlements, for a total of $11.75 million, or 17 percent of all civil rights claim settlements paid out in FY 2020.

### New York City Police Department Claims

- The number of tort claims filed against the New York City Police Department (NYPD) dropped to 5,728 in FY 2020 from 5,851 in FY 2019, a two percent decline.

Hyman Decl., Ex. Q, 8

- NYPD tort claim settlement and judgment payouts declined from $225.2 million in FY 2019 to $205.0 million in FY 2020, a nine percent decrease.

- NYPD tort claims accounted for 38 percent of the total overall cost of resolved tort claims in FY 2020.

## Department of Sanitation Claims

- In FY 2020, Department of Sanitation (DSNY) tort claim settlement payouts totaled $37.7 million, $33.8 million less than the $71.5 million paid out in FY 2019.

- This significant drop in DSNY settlements paid out in FY 2020 compared to settlements paid in FY 2019 and FY 2018 represents a return to the range of settlement amounts paid each fiscal year between FY 2011 and FY 2016.

## LABOR AND EMPLOYMENT CLAIMS

Historically, claims by City employees relative to the terms and conditions of their employment have been recorded as either personal injury civil rights claims or law salary claims depending on the nature of the claim. Beginning in FY 2019, the Comptroller's Office began recording all claims filed by City employees relative to the terms and conditions of their employment as labor and employment claims. In the FY 2020 Claims Report, we continue to report claims data for FYs 2019 and 2020 labor and employment claims under its historic claim types for analysis continuity.

## LAW CLAIMS

Law claims include disputes arising from City contracts, equitable claims, refund claims, City employee salary disputes, claims involving Department of Education (DOE) special education matters, sidewalk assessments, cleanup costs levied on property owners who are in violation of the Mental Hygiene Law, and affirmative claims that are brought by the City against individuals, companies, corporations, and other entities for torts, breaches of contract, and as remedies for violations of civil codes.

- In FY 2020, the City paid out $486.2 million in law claims, a 34 percent increase from the $363.2 million paid out in FY 2019.

- Ninety-three percent of all law claim settlements and judgments in FY 2020 were related to claims for special education tuition and services reimbursement and attorneys' fees.

## Special Education Claims

- The total settlement amount paid out for DOE special education claims in FY 2020 increased 27 percent to $363.5 million from $285.7 million paid out in FY 2019.

Hyman Decl.  Ex. O- 9

- Special education claim payouts in FY 2020 were 179 percent greater than special education claim payouts in FY 2014.

## Contract Claims

- In FY 2020, the settlement of 11 delay claims, a subcategory of contract claims, accounted for 58 percent of all contract claims settled.

- The $48.3 million paid out on these 11 delay claim settlements make up 97 percent of the $49.8 million in settlements paid out for all contract claims in FY 2020.

- In FY 2020, delay claim settlements increased the overall cost to the City on the subject projects by six percent over the total original contract prices.

## Affirmative Claims

- In FY 2020, the Comptroller's Office approved settlement of 309 affirmative claims for a benefit to the City of $16.7 million, as compared to FY 2019, when 938 affirmative claims were settled for $24.5 million. The FY 2020 affirmative claims recovery was $7.9 million or 32 percent less than the amount recovered in FY 2019.

- In FY 2020, the City recovered civil penalties, a subcategory of affirmative claims, in the amount of $1.6 million on 258 claims, down from $3.9 million recovered in civil penalties on 592 claims in FY 2019.

## Salary Claims

- In FY 2020, there were settlement and judgment payouts on 23 salary claims for a total of $61.4 million. The $53.9 million increase in salary claim payouts in FY 2020 was seven times the $7.6 million paid out in FY 2019. This increase in FY 2020 payouts is attributable to eight-figure payments related to an FLSA collective action and two discrimination class actions.

## E. TORT CLAIM TRENDS BY BOROUGH[13]

The Bronx had the most overall tort claims filed, with 6,359 claims, followed by Brooklyn (5,197 claims), Manhattan (3,902 claims), Queens (3,444 claims), and Staten Island (806 claims). Consistent with the prior five fiscal years, the Bronx had the most personal injury claims filed (5,468 claims).

**Table 5**
**Number of Tort Claims Filed by Borough**
**FY 2020**

| Borough | Personal Injury (PI) Claims | Property Damage (PD) Claims | Total Tort Claims |
|---|---|---|---|
| Bronx | 5,468 | 891 | **6,359** |
| Brooklyn | 3,824 | 1,373 | **5,197** |
| Manhattan | 2,882 | 1,020 | **3,902** |
| Queens | 1,961 | 1,483 | **3,444** |
| Staten Island | 454 | 352 | **806** |

The Bronx also had the highest per capita filing of personal injury claims at 381 claims per 100,000 residents, as compared to Queens, which had the fewest personal injury claims with 86 claims per 100,000 residents. Staten Island had the greatest number of property damage claims filed per capita, with 74 claims per 100,000 residents, while Brooklyn had the fewest property damage claims with 53 claims per 100,000 residents.[14]

**Table 6**
**Tort Claims Filed by Borough Per 100,000 Residents[15]**
**FY 2020**

| Borough | Total Tort Claims Per 100,000 Residents | Total PI Claims Per 100,000 Residents | Total PD Claims Per 100,000 Residents |
|---|---|---|---|
| Bronx | 443 | 381 | **62** |
| Brooklyn | 201 | 148 | **53** |
| Manhattan | 239 | 177 | **63** |
| Queens | 151 | 86 | **65** |
| Staten Island | 170 | 96 | **74** |

Hyman Decl.  Ex. O- 11

**Table 7**
**Tort Claims Resolved and Amounts Paid by Borough**
**FY 2020**

| Borough | Number of PI Claims Resolved | Amount Paid for PI Claims (In Millions) | Number of PD Claims Resolved | Amount Paid for PD Claims (In Millions) | Total Tort Claims Resolved | Total Tort Claim Payouts (In Millions) |
|---|---|---|---|---|---|---|
| Bronx | 2,327 | $140.6 | 217 | $0.9 | **2,544** | **$141.5** |
| Brooklyn | 1,700 | $177.3 | 461 | $1.5 | **2,161** | **$178.7** |
| Manhattan | 927 | $89.5 | 338 | $1.4 | **1,265** | **$91.0** |
| Queens | 774 | $58.1 | 370 | $1.9 | **1,144** | **$60.0** |
| Staten Island | 164 | $23.1 | 127 | $0.4 | **291** | **$23.6** |

## V.  LABOR AND EMPLOYMENT CLAIMS

Labor and employment claims are filed by City employees relative to the terms and conditions of their employment. Historically, these types of claims have been recorded as either a personal injury civil rights claim or a law salary claim depending on the nature of the allegations. Beginning in FY 2019, the Comptroller's Office began recording all claims filed by City employees related to the terms and conditions of their employment as labor and employment claims. In this report, for continuity in claims analysis, labor and employment claims data will be reported under its prior claim type classification and will be reflected in the overall filing and settlement numbers.

Extracted from the labor and employment claims is the following data: in FY 2020, 444 labor and employment claims were filed. One hundred and seven labor and employment claims settled in FY 2020, with a total payout of $35.6 million. The FY 2020 labor and employment claim settlement numbers do not reflect settled claims filed prior to FY 2019, since those claims were recorded as personal injury civil rights claims and law salary claims.

## VI.  LAW (NON-TORT) CLAIMS

Law (non-tort) claims include claims arising from City contracts, equitable claims, refund claims, City employee salary disputes, claims involving Department of Education (DOE) special education matters, sidewalk assessments, and cleanup costs levied on property owners who are in

violation of the Mental Hygiene Law, as well as affirmative claims brought by the City against other parties.

## A. OVERALL LAW CLAIM TRENDS

The number of law claims filed increased by 665 claims, or 10 percent, to 7,105 claims in FY 2020 from the 6,440 law claims filed in FY 2019. The increase in the number of law claims filed is due to the increase in the number of special education claims filed in FY 2020. The number of all other types of law claims filed either decreased or remained steady. Special education claims continue to account for a large portion—86 percent—of law claims filed in FY 2020 and continue to drive the total number of law claims filed.

**Chart 17**
**Comparison of Special Education Claims Filed to All Law Claims Filed**
**FYs 2011–2020**



The total number of law claims settled in FY 2020 increased nine percent to 5,850 claims from 5,344 claims settled in FY 2019. The total cost of settlements paid out for law claims increased 34 percent to $486.2 million in FY 2020 from $363.2 million in FY 2019.[16]

The number of special education claims settled in FY 2020 represents 93 percent of all law claims settled. The cost of special education claim settlements in the amount of $363.5 million constitutes 75 percent of all law claim payouts in FY 2020.

In FY 2020, salary claims accounted for the second largest law claim payouts at $61.4 million, representing 13 percent of all law claim payouts. Notably, the total number of salary claim settlements make up less than half of a percent of the total number of law claim settlements.

**Chart 18**
**Law Claims by Claim Type**
**Amount Paid in Settlements & Judgments (Millions)**
**and Percentage of Law Claim Settlements & Judgments Paid[17]**
**FY 2020**



## Special Education Claims

Special education claims include claims on behalf of parents for the reimbursement of special education services costs and tuition and claims for statutory attorneys' fees[18] where an underlying claim for special education reimbursement has been successful.

In June 2014, the City launched the "fast track" process to address claims for costs and tuition payments from parents of students requiring special education services. Following the launch of the "fast track" process, the Comptroller's Office noted a sharp rise in the number of special education claims filed and settled in FY 2015. The number of special education claims filed and settled in FY 2020 continues to reflect a notable increase over pre-"fast track" claim numbers. In FY 2020, there were 6,094 special education claims filed, compared to 2,582 claims filed in FY 2014, an increase of 136 percent. A year-to-year comparison of special education

claims filed shows a 33 percent increase in special education claims filed in FY 2020 over FY 2019.

The total number of special education claims settled in FY 2020 increased by 28 percent to 5,425 from the 4,253 claims settled in FY 2019. Here too, special education claim settlements represent a marked increase of settlements when compared to pre-"fast track" numbers: a 135 percent increase over the 2,223 claims settled in FY 2014.

Finally, the amount of settlements paid out for special education claims increased by 27 percent to $363.5 million paid out on special education claims during FY 2020 as compared to $285.7 million paid out in FY 2019. The special education claim settlement payouts in FY 2020 were 179 percent greater than the $130.5 million paid out on special education claims in FY 2014.

**Chart 19**
**Special Education Claims Filed and Settled**
**FYs 2013–2020**



L.  PARKS AND RECREATION

Parks and recreation claims include personal property lost, stolen, or damaged in the City's parks allegedly due to vandalism, poor maintenance, unmarked fresh paint, or accidents involving grounds and equipment.

M.  PUBLIC BUILDINGS AND PROPERTY

Public buildings and property claims include personal property damaged or stolen as a result of an alleged defect or negligence in maintaining City-owned land, buildings, or facilities.

N.  CATASTROPHE

Catastrophe claims include property damage allegedly caused by the City's response to a natural disaster, such as floods or earthquakes; an environmental accident, such as leaking gas tanks; power failures, such as blackouts; or civil disturbances, such as riots.

O.  DAMAGE CITY ACTION/PERSONNEL

These claims include property damage allegedly caused by City-owned vehicles or equipment, such as a City-owned vehicle that damages a homeowner's fence or other property, or damage caused by a traffic light falling onto a vehicle.

P.  CORRECTION FACILITY

Correction facility claims are filed by inmates, detainees, employees of and visitors to City correction facilities or institutions whose personal property is allegedly lost, stolen, or damaged.

## III. LABOR AND EMPLOYMENT CLAIMS

Labor and employment claims are filed by City employees relative to terms and conditions of their employment. Labor and employment claims can encompass a wide variety of allegations, from discrimination and harassment, to collective bargaining violations or time and leave use accrual errors, to violations of state or federal employee protection laws.

## IV. LAW CLAIMS

A.  CONTRACT

Claims in this category arise from disputes between the City and private contractors (construction or non-construction) and where the City is a lessee or lessor of property.

Hyman Decl. Ex. O - 16

## B.  ALTERNATIVE DISPUTE RESOLUTION

Contracts between the City and vendors solicited after September 1990 include an alternative dispute resolution provision designed to provide a speedy alternative to litigation. This process is also embodied in Section 4-09 of the City's Procurement Policy Board rules. When disputes arise, contractors may attempt to resolve them directly with the City agency involved. If no agreement is reached with the City agency, a claim can be filed with the Comptroller's Office. If the claim is denied, the contractor may appeal to the Contract Dispute Resolution Board.

## C.  ILLEGAL BUT EQUITABLE

Illegal but equitable claims typically allege that work was performed at the direction of the City and/or the City accepted services, without a registered contract that would allow the City to pay for the goods or services received. These claims, though invalid at law, may be recognized as equitable and proper if it can be determined that the City received a benefit and that the public interest would be served by payment or compromise.

## D.  SALARY

Salary claims are those claims for back pay and/or attorneys' fees by prospective, current, or former City employees alleging employment related disputes. These disputes include claims for discrimination, out-of-title work, pay differential, annual leave, and suspension; excluded from this claim type are those claims that seek damages for personal injury. Beginning in FY 2019, all claims filed related to the terms and conditions of City employment are classified as labor and employment claims. Therefore, such claims are no longer recorded as salary claims.

## E.  REFUND

Refund claims include claims by private individuals seeking refunds for alleged overpayments and unjust fines.

## F.  CHANGE OF GRADE

Change of grade claims are made by commercial or residential property owners or lessees. The claims arise from changes in grade to a sidewalk that impair access to property and drainage. Claims typically are made for loss of business due to walkway or driveway repairs.

## G.  SPECIAL EDUCATION

Special education claims are on behalf of parents for the reimbursement of special education services costs and tuition and claims for statutory attorneys' fees where an underlying claim for special education reimbursement has been successful.

Hyman Decl.  Ex. O- 17

**APPENDIX B**
**Legal Background**

## I.  MUNICIPAL LIABILITY

The decision of the New York Court of Appeals in *Bernadine v. New York City*, issued in 1945, exposed the City for the first time to liability for torts committed by the City's officers, agents, and employees.[20]

In *Bernadine*, the Court held that "the civil divisions of the State are answerable equally with individuals and private corporations for wrongs of officers and employees—even if no separate statute sanctions that enlarged liability in a given instance."[21] The Court, in effect, abolished the doctrine of sovereign immunity for municipalities and did not provide municipalities any of the protections accorded to the State by the Court of Claims Act.[22] In particular, claimants seeking to recover from municipalities for an agent's alleged negligent and wrongful acts are entitled to a jury trial.

Municipal liability is also governed by local law. Under home rule authority, municipalities can limit liability to some extent through limitations on the right to sue. An example is New York City's "prior written notice" law, enacted in 1979 in an effort to limit the City's liability in slip and fall claims on City sidewalks and streets.

## II. CLAIMS PROCESS

To commence an action against the City, a claimant typically must first notify the City by filing a Notice of Claim with the Comptroller's Office.[23] However, claims against H+H, must be filed directly with H+H. In most instances, the notice of claim for personal injury or property damage claims must be filed within 90 days of the occurrence of an alleged injury or wrong.[24]

The City Charter grants the Comptroller the power to settle and adjust all claims in favor of or against the City.[25] The Comptroller has the power to investigate claims, evaluate liability and damages, and reach a settlement prior to litigation.[26] If the Comptroller denies liability or is unable to arrive at a settlement with a claimant, the claimant may commence a lawsuit. Actions regarding tort claims must generally be filed within one year and 90 days from the date of loss.[27] The New York City Law Department defends the City in most actions (H+H defends its medical malpractice actions). No litigation can be settled without the approval of the Comptroller.[28]

Hyman Decl.  Ex. O- 18

**APPENDIX C**
**Top Ten Tort Claims Adjudicated in FY 2020**

An unmarked police vehicle struck plaintiff, a 34-year-old off duty Department of Sanitation employee, who was riding a motorcycle. Plaintiff suffered complete paralysis from the chest down. Settlement of $10.5 million

Eight-year-old plaintiff waiting to board a school bus suddenly ran into the road at the intersection of Avenue J and East 32nd Street and was struck by a car. Plaintiff sustained significant head and brain injury. Settlement of $9.5 million

Plaintiff, a twenty two year old, tripped and fell in a hole in the roadway resulting in injury that required an above the knee right leg amputation. Settlement of $9.5 million

Claimant convicted of a raping a woman in 1991. In 2015, DNA samples were retested and matched a deceased individual in the FBI's convicted offender database. The victim also recanted and admitted that she and her then-boyfriend fabricated the story to frame claimant. After serving over 26 years in prison, the Manhattan District Attorney's Office supported vacating claimant's conviction. Settlement of $8.246 million

An NYPD school safety van struck thirteen-year-old plaintiff who was crossing Coney Island Avenue resulting in injury including severe scarring. Plaintiff also alleged medical malpractice. Settlement after verdict of $6.75 million

Plaintiff convicted of second degree murder and incarcerated for more than 20 years before released to lifetime parole in 2011. Detective Louis Scarcella involved in plaintiff's arrest. In January 2015, the Kings County District Attorney's Office joined plaintiff's motion to vacate. Settlement of $6.625 million

A taxi struck plaintiff, a 33 year old, who exited his car during an NYPD traffic stop. Plaintiff suffered injury that rendered him a quadriplegic. Settlement of $6.0 million

A medical malpractice suit alleging that Woodhull Hospital failed to properly diagnose and treat a four-year-old. Infant plaintiff sustained injuries including deafness in right ear and blindness. Settlement of $5.8 million

An undercover detective attempted to detain a fleeing suspect. Plaintiff intervened by grabbing the undercover detective, who discharged his firearm and killed plaintiff. After a mistrial, a second jury rendered a verdict in favor of deceased plaintiff. The case settled after verdict. Settlement of $5.5 million

At 39 weeks pregnant, infant plaintiff's mother went to Lincoln Hospital, and ultimately had an emergency cesarean section. Plaintiff infant suffered injuries from reduced oxygen to the brain. Settlement of $5.4 million

**APPENDIX D**
**Chart and Table Index**

| CHART | TITLE | PAGE |
|-------|-------|------|
| 1 | Personal Injury Tort Claim Settlements for Legacy Claims, FYs 2013–2020 | 6 |
| 2 | Comparison of Tort Claims Filed: Property Damage Claims vs. Personal Injury Claims, FY 2020 | 7 |
| 3 | COVID-19 Impact on Tort Claims Filed | 8 |
| 4 | Percentage of Property Damage Claim Settlements & Judgments Recorded by Claim Type, FY 2020 | 9 |
| 5 | Percentage of Personal Injury Claim Settlements & Judgments Recorded by Claim Type, FY 2020 | 10 |
| 6 | Total Amount Paid Out for Personal Injury Claim Settlements & Judgments Recorded by Claim Type, FY 2020 | 11 |
| 7 | Personal Injury Motor Vehicle Claims Filed and Settled, FYs 2011–2020 | 12 |
| 8 | Personal Injury Police Action Claims Filed and Settled, FYs 2011–2020 | 13 |
| 9 | Civil Rights Claims Filed and Settled, FYs 2011–2020 | 15 |
| 10 | Medical Malpractice Claims Filed and Settled, FYs 2011–2020 | 17 |
| 11 | Percentage of Tort Claims Filed by Agency, FY 2020 | 18 |
| 12 | Number and Percentage of NYPD Tort Claims Filed by Claim Type, FY 2020 | 19 |
| 13 | NYPD Tort Claims Filed and Settled, FYs 2011–2020 | 20 |
| 14 | DOT Tort Claims Filed and Settled, FYs 2011–2020 | 21 |
| 15 | H+H Tort Claims Filed and Settled, FYs 2011–2020 | 22 |
| 16 | DSNY Tort Claims Filed and Settled, FYs 2011–2020 | 24 |
| 17 | Comparison of Special Education Claims Filed to All Law Claims Filed, FYs 2011–2020 | 27 |
| 18 | Law Claims by Claim Type, Amount Paid in Settlements & Judgments (Millions) and Percentage of Law Claim Settlements & Judgments Paid, FY 2020 | 28 |
| 19 | Special Education Claims Filed and Settled, FYs 2013–2020 | 29 |
| 20 | Delay Claim Settlements: Cost Increase Above Original Contract Bid Price, FY 2020 | 31 |

| TABLE | TITLE | PAGE |
|-------|-------|------|
| 1 | Personal Injury Police Action Claim Pre-litigation and Litigation Settlements | 14 |
| 2 | Wrongful Conviction Settlements | 16 |
| 3 | Wrongful Conviction Claims FYs 2016–2020 | 21 |
| 4 | H+H Medical Malpractice Claims Filed and Settled by H+H Acute Care Hospitals, FYs 2019–2020 | 23 |
| 5 | Number of Tort Claims Filed by Borough, FY 2020 | 25 |
| 6 | Tort Claims Filed by Borough Per 100,000 Residents, FY 2020 | 25 |
| 7 | Tort Claims Resolved and Amounts Paid by Borough, FY 2020 | 26 |

Hyman Decl.  Ex. O- 20

### APPENDIX E
### Detailed Tables

### Table I – Number of Tort Claims Filed by Claim Type
### FYs 2011–2020

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Sidewalk | 2,502 | 2,012 | 2,041 | 2,530 | 2,560 | 2,389 | 2,345 | 2,299 | 2,271 | 2,004 |
| Police Action | 4,521 | 5,536 | 5,583 | 5,643 | 4,929 | 4,486 | 4,105 | 4,195 | 3,614 | 3,879 |
| School | 1,078 | 1,060 | 927 | 965 | 926 | 961 | 859 | 782 | 691 | 642 |
| Motor Vehicle | 1,307 | 1,379 | 1,187 | 1,259 | 1,166 | 1,227 | 1,266 | 1,435 | 1,350 | 1,390 |
| Roadway | 1,115 | 948 | 882 | 1,004 | 964 | 1,048 | 944 | 929 | 1,039 | 913 |
| City Property | 1,105 | 562 | 534 | 683 | 652 | 708 | 567 | 747 | 624 | 515 |
| Correction Facility | 1,183 | 1,595 | 1,657 | 2,242 | 2,797 | 3,665 | 3,837 | 3,891 | 3,743 | 3,350 |
| Civil Rights | 3,079 | 2,788 | 2,785 | 2,936 | 2,748 | 2,725 | 1,728 | 1,541 | 1,468 | 1,156 |
| Medical Malpractice | 611 | 624 | 604 | 588 | 630 | 620 | 536 | 477 | 482 | 392 |
| Traffic Control Device | 76 | 108 | 126 | 77 | 79 | 62 | 41 | 64 | 77 | 41 |
| Parks & Recreation | 273 | 285 | 270 | 278 | 298 | 306 | 259 | 233 | 205 | 200 |
| Uniformed Services Employee | 163 | 151 | 151 | 162 | 159 | 169 | 164 | 187 | 176 | 159 |
| Other | 887 | 766 | 784 | 884 | 845 | 776 | 783 | 898 | 973 | 912 |
| Total | 17,900 | 17,814 | 17,531 | 19,251 | 18,753 | 19,142 | 17,434 | 17,678 | 16,713 | 15,553 |
| Motor Vehicle | 4,723 | 3,188 | 3,322 | 3,682 | 3,433 | 3,895 | 3,582 | 3,617 | 3,395 | 2,712 |
| Public Buildings and Property | 135 | 90 | 310 | 260 | 201 | 162 | 138 | 133 | 178 | 114 |
| Correction Facility | 309 | 397 | 263 | 318 | 354 | 286 | 301 | 245 | 213 | 167 |
| City Personnel | 1,734 | 1,350 | 1,346 | 962 | 1,045 | 1,264 | 1,151 | 1,171 | 1,030 | 968 |
| Roadway | 2,806 | 1,218 | 1,036 | 2,844 | 2,239 | 1,585 | 1,333 | 1,397 | 1,217 | 707 |
| Health Facility | 103 | 96 | 120 | 140 | 122 | 108 | 150 | 85 | 78 | 92 |
| Police Action | 378 | 365 | 362 | 341 | 302 | 226 | 230 | 203 | 187 | 157 |
| School | 182 | 144 | 107 | 128 | 89 | 100 | 119 | 93 | 110 | 59 |
| Sewer Overflow | 205 | 668 | 602 | 613 | 452 | 110 | 140 | 153 | 153 | 251 |
| Water Main | 153 | 238 | 108 | 240 | 155 | 111 | 140 | 194 | 193 | 232 |
| Other | 273 | 261 | 272 | 244 | 270 | 302 | 286 | 333 | 386 | 299 |
| Total | 11,001 | 8,015 | 7,848 | 9,772 | 8,662 | 8,149 | 7,570 | 7,624 | 7,140 | 5,758 |
| Grand Total | 28,901 | 25,829 | 25,379 | 29,023 | 27,415 | 27,291 | 25,004 | 25,302 | 23,853 | 21,311 |

Hyman Decl. Ex. O - 21

## Table II – Number of Tort Claims Filed by Agency
### FYs 2011–2020

|  | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Department of Transportation | 6,337 | 4,669 | 4,446 | 6,306 | 5,635 | 5,207 | 4,770 | 4,816 | 4,696 | 3,827 |
| Police Department | 8,805 | 9,439 | 9,447 | 9,496 | 8,428 | 7,592 | 6,560 | 6,491 | 5,851 | 5,728 |
| Department of Sanitation | 3,455 | 1,307 | 1,692 | 2,412 | 2,304 | 2,169 | 2,074 | 1,804 | 1,512 | 1,158 |
| Department of Education | 1,603 | 1,566 | 1,416 | 1,418 | 1,415 | 1,437 | 1,361 | 1,232 | 1,188 | 1,124 |
| NYC Health + Hospitals | 858 | 844 | 935 | 874 | 908 | 885 | 807 | 691 | 654 | 600 |
| Department of Environmental Protection | 738 | 1,358 | 996 | 1,123 | 884 | 511 | 539 | 598 | 636 | 691 |
| Department of Correction | 1,798 | 2,351 | 2,188 | 2,913 | 3,471 | 4,730 | 4,440 | 4,439 | 4,243 | 3,735 |
| Department of Parks & Recreation | 1,405 | 1,094 | 1,048 | 873 | 885 | 1,057 | 949 | 1,058 | 947 | 900 |
| Fire Department | 1,041 | 891 | 931 | 944 | 951 | 1,010 | 1,003 | 1,186 | 1,090 | 930 |
| Department of Housing Preservation and Development | 71 | 68 | 74 | 66 | 51 | 64 | 60 | 56 | 93 | 81 |
| NYC Human Resources Administration | 68 | 88 | 99 | 83 | 81 | 81 | 66 | 88 | 72 | 54 |
| Department of Buildings | 75 | 82 | 61 | 52 | 77 | 57 | 55 | 78 | 48 | 46 |
| Other | 2,647 | 2,072 | 2,046 | 2,463 | 2,325 | 2,491 | 2,320 | 2,765 | 2,823 | 2,437 |
| **Total** | **28,901** | **25,829** | **25,379** | **29,023** | **27,415** | **27,291** | **25,004** | **25,302** | **23,853** | **21,311** |

Hyman Decl.  Ex. O- 22

## Table III - Dollar Amount of Tort Claim Settlements & Judgments by Claim Type
## FYs 2011–2020

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Personal Injury** | | | | | | | | | | |
| Sidewalk | 38,426,098 | 39,473,806 | 36,752,110 | 34,463,430 | 39,562,496 | 32,130,333 | 52,246,480 | 47,285,216 | 41,197,130 | 51,558,250 |
| Police Action | 60,237,524 | 54,342,126 | 62,913,191 | 71,948,087 | 119,433,941 | 100,669,673 | 163,717,947 | 119,005,840 | 97,297,389 | 82,645,961 |
| School | 42,934,926 | 25,768,181 | 23,983,498 | 24,624,687 | 33,066,557 | 28,476,195 | 32,250,936 | 29,026,111 | 35,932,131 | 23,185,000 |
| Motor Vehicle | 83,878,791 | 70,520,942 | 85,306,916 | 88,515,029 | 67,350,614 | 89,846,694 | 107,958,905 | 117,759,484 | 107,255,100 | 142,372,565 |
| Roadway | 19,453,578 | 25,717,847 | 33,134,170 | 13,708,374 | 15,371,910 | 31,479,503 | 39,725,615 | 41,074,601 | 37,113,296 | 29,446,326 |
| City Property | 18,841,199 | 8,395,091 | 5,465,500 | 21,797,000 | 4,931,000 | 21,504,554 | 10,405,949 | 9,495,007 | 6,756,475 | 8,341,545 |
| Correction Facility | 8,504,000 | 7,833,193 | 7,312,301 | 7,323,835 | 13,185,550 | 15,680,251 | 16,917,929 | 24,500,851 | 24,759,110 | 27,979,050 |
| Civil Rights | 83,998,422 | 78,200,352 | 56,030,608 | 114,503,798 | 94,339,034 | 157,746,324 | 155,174,772 | 100,359,647 | 94,743,008 | 67,547,874 |
| Medical Malpractice | 131,818,033 | 108,993,419 | 130,298,906 | 118,479,990 | 144,418,243 | 103,706,575 | 109,537,282 | 106,525,763 | 106,461,448 | 65,368,955 |
| Traffic Control Device | 3,206,350 | 2,396,000 | 1,292,315 | 7,594,500 | 604,000 | 2,459,000 | 296,500 | 4,674,250 | 467,000 | 11,378,500 |
| Parks & Recreation | 7,102,606 | 12,072,375 | 20,328,830 | 14,032,709 | 6,125,524 | 8,439,633 | 5,822,720 | 14,101,952 | 10,809,944 | 10,161,200 |
| Uniformed Services Employee | 31,039,500 | 20,404,000 | 17,452,882 | 27,998,500 | 33,439,000 | 26,117,500 | 50,820,225 | 40,097,500 | 58,518,500 | 14,516,000 |
| Other | 9,228,394 | 21,677,145 | 6,460,359 | 13,522,259 | 3,569,893 | 12,165,985 | 6,870,507 | 15,347,205 | 4,515,696 | 4,429,729 |
| **Total** | **538,669,420** | **475,794,477** | **486,731,585** | **558,512,196** | **575,397,763** | **630,422,220** | **751,745,765** | **669,253,427** | **625,826,226** | **538,930,954** |
| | | | | | | | | | | |
| **Property Damage** | | | | | | | | | | |
| Motor Vehicle | 8,180,339 | 6,038,833 | 5,586,990 | 7,403,408 | 5,162,942 | 5,207,672 | 5,742,582 | 4,826,259 | 5,611,057 | 4,612,473 |
| Public Buildings and Property | 2,815,834 | 162,524 | 375,969 | 67,962 | 16,554 | 90,069 | 55,125 | 157,356 | 18,364 | 4,478 |
| Correction Facility | 18,301 | 18,225 | 13,061 | 2,220 | 665 | 8,475 | 4,426 | 7,757 | 4,419 | 4,726 |
| City Personnel | 1,171,735 | 959,898 | 972,132 | 1,494,155 | 731,826 | 404,378 | 398,011 | 361,961 | 434,539 | 433,449 |
| Roadway | 423,961 | 215,726 | 140,124 | 192,379 | 215,029 | 537,552 | 137,114 | 101,307 | 53,461 | 286,129 |
| Health Facility | 13,037 | 13,191 | 18,376 | 27,144 | 6,299 | 13,370 | 12,303 | 12,247 | 10,608 | 1,023 |
| Police Action | 140,899 | 170,059 | 388,101 | 102,697 | 71,487 | 56,155 | 34,639 | 38,643 | 18,639 | 46,158 |
| School | 12,454 | 10,063 | 4,581 | 10,110 | 9,014 | 4,083 | 4,758 | 3,319 | 1,268 | 1,264 |
| Sewer Overflow | 792,808 | 775,242 | 546,357 | 712,861 | 7,224,105 | 1,650,663 | 1,562,963 | 1,505,856 | 474,017 | 307,207 |
| Water Main | 1,577,070 | 3,183,273 | 314,365 | 294,175 | 344,127 | 1,437,349 | 553,610 | 304,180 | 712,118 | 1,162,137 |
| Other | 97,826 | 12,118 | 9,483 | 25,425 | 9,390 | 23,843 | 2,159,380 | 329,713 | 127,494 | 3,962 |
| **Total** | **15,244,263** | **11,559,151** | **8,369,538** | **10,332,536** | **13,791,438** | **9,433,608** | **10,664,911** | **7,648,599** | **7,465,984** | **6,863,005** |
| **Grand Total** | **553,913,683** | **487,353,629** | **495,101,123** | **568,844,733** | **589,189,201** | **639,855,828** | **762,410,676** | **676,902,026** | **633,292,210** | **545,793,960** |

Hyman Decl. Ex. O-23

## Table IV – Dollar Amount of Tort Claim Settlements & Judgments by Agency
### FYs 2011–2020

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Department of Transportation | $68,928,149 | $69,589,115 | $74,591,194 | $71,356,361 | $52,787,842 | $70,423,571 | $86,644,968 | $94,102,647 | $81,009,950 | $91,264,653 |
| Police Department | $186,288,403 | $152,786,433 | $138,537,141 | $229,846,207 | $225,479,487 | $280,074,261 | $338,206,319 | $238,795,402 | $225,153,365 | $205,027,037 |
| Department of Sanitation | $28,858,968 | $36,815,516 | $30,446,682 | $37,886,076 | $29,772,440 | $44,859,303 | $57,692,961 | $77,341,397 | $71,486,022 | $37,706,536 |
| Department of Education | $52,949,512 | $28,568,746 | $34,292,977 | $27,293,549 | $36,312,285 | $33,998,781 | $34,706,093 | $31,620,232 | $39,685,941 | $27,967,283 |
| NYC Health + Hospitals | $133,617,485 | $108,692,285 | $132,352,195 | $124,887,221 | $121,067,960 | $113,330,458 | $116,458,544 | $107,648,661 | $104,157,355 | $67,405,915 |
| Department of Environmental Protection | $8,071,431 | $5,628,320 | $3,372,170 | $13,182,950 | $18,795,525 | $7,281,361 | $8,444,589 | $10,678,105 | $12,648,455 | $4,068,183 |
| Department of Correction | $15,403,975 | $20,308,756 | $11,767,521 | $11,103,116 | $27,144,858 | $32,903,230 | $35,658,041 | $32,526,156 | $36,522,527 | $34,374,783 |
| Department of Parks & Recreation | $17,673,228 | $18,967,785 | $29,564,344 | $18,365,734 | $13,830,277 | $11,670,274 | $16,646,893 | $21,139,714 | $18,129,919 | $22,689,774 |
| Fire Department | $16,231,360 | $28,485,774 | $19,665,971 | $20,426,695 | $46,662,403 | $16,393,652 | $45,277,732 | $24,995,727 | $19,945,845 | $28,352,944 |
| Department of Housing Preservation and Development | $5,057,356 | $2,154,067 | $555,452 | $2,705,221 | $1,964,125 | $10,855,842 | $808,106 | $5,101,331 | $3,281,041 | $770,691 |
| NYC Human Resources Administration | $1,308,134 | $1,582,741 | $1,050,063 | $1,008,192 | $970,799 | $1,756,131 | $620,453 | $1,046,699 | $788,477 | $441,802 |
| Department of Buildings | $2,941,818 | $218,006 | $377,908 | $157,901 | $268,913 | $2,966,514 | $1,386,120 | $77,225 | $1,312,894 | $1,351,015 |
| Other | $16,583,865 | $13,556,083 | $18,527,507 | $10,625,510 | $14,132,287 | $13,342,448 | $19,859,858 | $31,828,728 | $19,170,417 | $24,373,344 |
| **Total** | **$553,913,683** | **$487,353,629** | **$495,101,123** | **$568,844,733** | **$589,189,201** | **$639,855,828** | **$762,410,676** | **$676,902,026** | **$633,292,210** | **$545,793,960** |

Hyman Decl.  Ex. O- 24

## Table V – Number of Tort Claim Settlements & Judgments by Claim Type FYs 2011–2020

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Personal Injury** | | | | | | | | | | |
| **Sidewalk** | 866 | 855 | 685 | 658 | 662 | 664 | 758 | 554 | 549 | 568 |
| **Police Action** | 1,539 | 1,752 | 2,106 | 2,250 | 2,276 | 2,481 | 2,527 | 2,500 | 2,332 | 2,423 |
| **School** | 898 | 723 | 656 | 526 | 479 | 544 | 301 | 303 | 275 | 189 |
| **Motor Vehicle** | 823 | 830 | 724 | 668 | 584 | 661 | 660 | 609 | 594 | 624 |
| **Roadway** | 547 | 511 | 417 | 366 | 334 | 370 | 319 | 291 | 305 | 244 |
| **City Property** | 113 | 93 | 61 | 70 | 38 | 88 | 65 | 50 | 48 | 52 |
| **Correction Facility** | 266 | 309 | 255 | 378 | 451 | 637 | 803 | 1,046 | 1,218 | 1,283 |
| **Civil Rights** | 1,656 | 1,687 | 1,559 | 2,047 | 1,682 | 1,354 | 1,019 | 842 | 1,030 | 501 |
| **Medical Malpractice** | 265 | 261 | 268 | 204 | 244 | 240 | 195 | 220 | 196 | 110 |
| **Traffic Control Device** | 32 | 28 | 22 | 30 | 20 | 14 | 11 | 14 | 14 | 15 |
| **Parks & Recreation** | 155 | 173 | 164 | 151 | 135 | 171 | 83 | 103 | 95 | 77 |
| **Uniformed Services Employee** | 84 | 106 | 76 | 95 | 121 | 111 | 116 | 113 | 89 | 79 |
| **Other** | 78 | 81 | 62 | 69 | 51 | 65 | 51 | 84 | 39 | 33 |
| **Total** | 7,322 | 7,409 | 7,055 | 7,512 | 7,077 | 7,400 | 6,908 | 6,729 | 6,784 | 6,198 |
| | | | | | | | | | | |
| **Property Damage** | | | | | | | | | | |
| **Motor Vehicle** | 3,216 | 2,254 | 2,135 | 2,379 | 1,897 | 1,917 | 1,761 | 1,678 | 1,784 | 1,391 |
| **Public Buildings and Property** | 16 | 20 | 19 | 39 | 6 | 62 | 17 | 9 | 7 | 2 |
| **Correction Facility** | 21 | 11 | 12 | 5 | 3 | 5 | 5 | 8 | 5 | 3 |
| **City Personnel** | 329 | 374 | 354 | 408 | 284 | 163 | 147 | 169 | 181 | 181 |
| **Roadway** | 437 | 208 | 117 | 197 | 287 | 88 | 112 | 72 | 49 | 24 |
| **Health Facility** | 25 | 23 | 22 | 40 | 17 | 16 | 14 | 22 | 12 | 5 |
| **Police Action** | 45 | 48 | 48 | 35 | 26 | 18 | 15 | 11 | 11 | 13 |
| **School** | 55 | 47 | 26 | 35 | 35 | 15 | 16 | 13 | 9 | 3 |
| **Sewer Overflow** | 88 | 60 | 115 | 144 | 650 | 104 | 47 | 47 | 20 | 35 |
| **Water Main** | 94 | 62 | 51 | 51 | 38 | 68 | 42 | 46 | 55 | 33 |
| **Other** | 8 | 7 | 6 | 10 | 6 | 7 | 158 | 19 | 6 | 3 |
| **Total** | 4,334 | 3,114 | 2,905 | 3,343 | 3,249 | 2,463 | 2,334 | 2,094 | 2,139 | 1,693 |
| **Grand Total** | 11,656 | 10,523 | 9,960 | 10,855 | 10,326 | 9,863 | 9,242 | 8,823 | 8,923 | 7,891 |

Hyman Decl. Ex. O–25

**Table VI – Number of Tort Claim Settlements & Judgments by Agency
FYs 2011–2020**

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Department of Transportation | 1,975 | 1,711 | 1,376 | 1,400 | 1,384 | 1,192 | 1,254 | 975 | 995 | 921 |
| Police Department | 4,116 | 4,359 | 4,521 | 5,051 | 4,440 | 4,255 | 4,077 | 3,807 | 3,456 | 3,285 |
| Department of Sanitation | 2,103 | 1,302 | 1,045 | 1,426 | 1,134 | 1,186 | 963 | 960 | 910 | 682 |
| Department of Education | 991 | 807 | 730 | 610 | 559 | 598 | 362 | 351 | 335 | 262 |
| NYC Health + Hospitals | 345 | 338 | 337 | 315 | 313 | 359 | 263 | 286 | 252 | 147 |
| Department of Environmental Protection | 373 | 283 | 300 | 292 | 794 | 284 | 326 | 226 | 164 | 136 |
| Department of Correction | 441 | 464 | 387 | 534 | 601 | 841 | 955 | 1,195 | 1,720 | 1,408 |
| Department of Parks & Recreation | 391 | 427 | 428 | 392 | 353 | 354 | 286 | 273 | 268 | 287 |
| Fire Department | 596 | 508 | 586 | 585 | 507 | 489 | 504 | 491 | 498 | 484 |
| Department of Housing Preservation and Development | 35 | 26 | 17 | 14 | 11 | 22 | 13 | 14 | 13 | 7 |
| NYC Human Resources Administration | 14 | 20 | 21 | 18 | 20 | 28 | 20 | 21 | 19 | 12 |
| Department of Buildings | 20 | 25 | 17 | 17 | 12 | 11 | 21 | 8 | 13 | 16 |
| Other | 256 | 253 | 195 | 201 | 198 | 244 | 198 | 216 | 280 | 244 |
| Total | 11,656 | 10,523 | 9,960 | 10,855 | 10,326 | 9,863 | 9,242 | 8,823 | 8,923 | 7,891 |

**Table VII – Number of Law Claims Filed by Claim Type
FYs 2011–2020**

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Affirmative** | 857 | 769 | 876 | 914 | 1,128 | 1,048 | 1,131 | 1,054 | 1,098 | 353 |
| **Contract** | 183 | 179 | 217 | 132 | 152 | 152 | 151 | 88 | 98 | 99 |
| **Disputes** | 100 | 141 | 157 | 177 | 117 | 172 | 120 | 88 | 96 | 76 |
| **Equitable** | 18 | 7 | 10 | 6 | 4 | 11 | 13 | 14 | 14 | 2 |
| **Refund** | 168 | 768 | 168 | 223 | 182 | 157 | 132 | 133 | 128 | 110 |
| **Salary** | 86 | 347 | 86 | 91 | 94 | 95 | 69 | 75 | 88 | 70 |
| **Special Education** | 2,172 | 2,439 | 2,029 | 2,582 | 4,479 | 4,094 | 4,184 | 5,101 | 4,588 | 6,094 |
| **Other** | 355 | 342 | 281 | 250 | 264 | 253 | 284 | 374 | 330 | 301 |
| **Total** | **3,939** | **4,992** | **3,824** | **4,375** | **6,420** | **5,982** | **6,084** | **6,927** | **6,440** | **7,105** |

**Table VIII – Number of Law Claim Settlements & Judgments by Claim Type
FYs 2011–2020**

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Affirmative** | 858 | 753 | 861 | 899 | 1,111 | 1,015 | 986 | 874 | 938 | 309 |
| **Contract** | 18 | 28 | 27 | 26 | 22 | 34 | 31 | 25 | 26 | 19 |
| **Disputes** | 30 | 35 | 30 | 44 | 45 | 62 | 37 | 38 | 43 | 32 |
| **Equitable** | 12 | 8 | 3 | 2 | 6 | 2 | 5 | 5 | 4 | 5 |
| **Refund** | 15 | 23 | 580 | 14 | 18 | 20 | 9 | 12 | 8 | 2 |
| **Salary** | 4,418 | 21 | 19 | 23 | 286 | 30 | 23 | 20 | 22 | 23 |
| **Special Education** | 2,086 | 2,366 | 1,841 | 2,223 | 4,067 | 3,773 | 3,969 | 4,590 | 4,253 | 5,425 |
| **Other** | 45 | 46 | 41 | 28 | 38 | 46 | 44 | 56 | 50 | 35 |
| **Total** | 7,482 | 3,280 | 3,402 | 3,259 | 5,593 | 4,982 | 5,104 | 5,620 | 5,344 | 5,850 |

Hyman Decl.  Ex. O- 28

**Table IX – Dollar Amount of Law Claim Settlements & Judgments by Claim Type***
**FYs 2011–2020**

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Contract | $8,997,798 | $21,840,545 | $50,992,338 | $19,573,476 | $44,846,785 | $49,626,492 | $45,886,058 | $61,104,852 | $54,028,810 | $49,793,119 |
| Disputes | $3,667,018 | $4,519,344 | $3,105,639 | $7,325,629 | $3,001,135 | $6,116,577 | $5,261,545 | $7,530,717 | $3,858,078 | $2,909,349 |
| Equitable | $394,391 | $1,311,758 | $446,904 | $76,576 | $616,256 | $25,143 | $1,142,203 | $416,018 | $645,160 | $637,016 |
| Refund | $64,960 | $430,935 | $293,817 | $116,834 | $697,973 | $14,207,059 | $59,594 | $1,089,853 | $17,639 | $1,294 |
| Salary | $10,226,385 | $5,284,521 | $33,332,876 | $104,468,018 | $65,511,792 | $16,548,145 | $7,568,425 | $10,275,899 | $7,551,225 | $61,405,296 |
| Special Education | $105,466,595 | $120,577,708 | $106,243,225 | $130,450,454 | $249,944,721 | $256,466,671 | $279,617,259 | $304,016,159 | $285,731,310 | $363,531,865 |
| Other | $12,557,750 | $96,580,967 | $4,506,573 | $7,541,036 | $6,734,055 | $38,263,330 | $3,760,839 | $16,511,290 | $11,371,349 | $7,939,998 |
| **Total** | **$141,374,897** | **$250,545,777** | **$198,921,372** | **$269,552,023** | **$371,352,717** | **$381,253,416** | **$343,295,923** | **$400,944,787** | **$363,203,570** | **$486,217,935** |

*Figures on law claim settlements and judgments dollar amount do not include claims wherein the City is to receive payment.

Hyman Decl. Ex. O, 29

# ENDNOTES

1   City Charter Chapter 5, § 93(i).

2   The Comptroller's Office records claims data in its Omnibus Automated Image Storage and Information System (OAISIS). This report is based on data available in OAISIS as of December 31, 2020. Since OAISIS is a dynamic system that is updated constantly, data in this report does not reflect values for matters that have settled, but have not yet been recorded in OAISIS.

3   The FY 2019 Claims Report, which reported data recorded as of December 31, 2019, reflected 8,371 tort claim settlements totaling $611.7 million. An additional 552 tort claims resolved in FY 2019 were recorded in OAISIS as of December 31, 2020, growing tort claims settled in FY 2019 to 8,923 and totaling $633.3 million.

4   New York City's tort claim costs are paid from the Judgments and Claims account established annually in the City's General Fund, except H+H assumes financial responsibility for its settlements.

5   NY Exec. Law § 632-a(1)(a), (b).

6   For the purposes of the Claims Report, "filed" describes those claims in which a notice of claim was filed with the Comptroller's Office; "settled" means any claim or lawsuit that was resolved and resulted in the City paying out money to claimant or plaintiff.

7   See Appendix A for a description of claim types.

8   Percentages are rounded and, therefore, do not total 100 percent.

9   The 51 claims filed, as reflected in this report, is as of March 15, 2021.

10   The 450 claims filed, as reflected in this report, is as of March 15, 2021. However, since OAISIS is a dynamic system that is updated constantly, data in this report does not reflect claims filed and not yet recorded in OAISIS.

11   H+H operates 11 acute care hospitals.

12   Certain New York City employees, including sanitation workers, firefighters, police officers, and public school teachers, are not eligible for Workers' Compensation and may file a claim with the City of New York.

13   Personal injury and property damage claims are analyzed by borough based on location of incident. Some notices of claim are filed without borough specific information or allege incidents that occurred outside the five boroughs. Law claims are not tracked by borough. Population statistics do not take into account commuters or tourists.

14   The United States Census Bureau estimated July 1, 2019 population for New York City was 8,419,316 residents. In order of population the boroughs are: Brooklyn (2,589,974 or 30.8 percent of the total population); Queens (2,287,388 or 27.2 percent of the total population); Manhattan (1,631,993 or 19.4 percent of the total population); Bronx (1,435,068 or 17.0 percent of the total population); and Staten Island (474,893 or 5.6 percent of the total population). Statistics do not take into account commuters and tourists.

15   Rounded to the nearest whole claim.

16   While the total number of law claim settlements and judgments includes all resolved law claims, law claim settlement and judgment payment figures do not include claims wherein the City is to receive payment.

17   Percentages are rounded and, therefore, do not total 100 percent.

18   Claims for special education services costs and tuition reimbursement submitted by the DOE for settlement at the administrative level are for proposed settlements of more than $25,000. Claims submitted by DOE for attorneys' fees where an underlying claim for special education reimbursement has been successful at the administrative level are for proposed settlements of more than $13,500. Requests for settlement authority submitted by the New York City Law Department for special education reimbursement and attorneys' fees claims that have proceeded to litigation are for proposed settlements in any amount. Accordingly, claims and settlements at the administrative level for special education reimbursement claims in amounts $25,000 or less and for attorneys' fees claims in amounts $13,500 or less are not reflected in this report.

19   Settled dispute claims only reflect those disputes for which the contractor and the Comptroller's Office have agreed to a settlement that involves a monetary payout. These settlements do not include dispute claims where the Comptroller's Office has issued a contract interpretation determination that has been accepted by the contractor.

20   *Bernadine v. City of New York*, 294 N.Y. 361, 365 (1945).

21   *Id.*

22   Court of Claims Act of 1920, L. 1920, ch. 922, and L. 1929, ch. 467, § 1.

Hyman Decl.  Ex. O- 30

[23]  General Municipal Law, Article § 50-e.  Effective September 2010, claimants can file personal injury and property damage claims electronically through the Comptroller's website (http://comptroller.nyc.gov/services/for-the-public/claims/file-a-claim/).

[24]  General Municipal Law, Article 4, § 50-e. One notable exception is a claim under 42 U.S.C. § 1983, the Federal Civil Rights Act; a § 1983 action can be filed directly in court without filing a notice of claim if no state cause of action is asserted.

[25]  City Charter, Chapter 5, § 93(i).

[26]  BLA investigates claims filed against the City; obtains and evaluates accident reports and other documents provided by City agencies; conducts field visits and interviews witnesses; conducts hearings; evaluates liability and damages; and attempts to settle appropriate claims. The Comptroller's Office Bureau of Engineering investigates construction contract claims and negotiates claim settlements, together with BLA and, if litigation is pending, the New York City Law Department.

[27]  General Municipal Law, Article 4, § 50-i. A significant exception to this requirement is in the area of medical malpractice, in particular, claims for injuries to newborn infants.

[28]  City Charter, Chapter 17, § 394(c).