| Open Cases per IHO | NYC |
|---|---:|
| NO IHO APPOINTED | 6646 |
| DELEON, EDGAR | 769 |
| MCKEEVER, JAMES | 419 |
| KEHOE, MARTIN | 365 |
| LAZAN, MICHAEL | 315 |
| FARAGO, JOHN | 312 |
| SCHIRO, JEFFREY | 271 |
| WOLMAN, MINDY | 225 |
| MURPHY, LEAH | 213 |
| WHITE, BRENDA | 212 |
| OLINGER, BRUCE | 194 |
| WAHRMAN, ISRAEL | 167 |
| FINKELSTEIN, SHARYN | 157 |
| COHEN, DIANE | 147 |
| JOYNER, THERESA | 141 |
| DISPENZA, MARIA | 137 |
| DANIEL, AUDREY | 136 |
| PETERS, GARY | 134 |
| GRONBACH, VANESSA | 115 |
| BRIGLIO, ROBERT | 113 |
| CARTER, SUZANNE | 103 |
| LASSINGER, DORA | 99 |
| MILLMAN, TINA | 97 |
| WEINER, MARC | 95 |
| GUERRA, JEFFREY | 93 |
| ROSKEN, BRAD | 92 |
| LUSHING, SUSAN | 84 |
| BARBOUR, SUSAN | 81 |
| AGOSTON, LINDA | 79 |
| SCHNEIDER, JUDITH | 73 |
| CUTLER-IGOE, ELLEN | 70 |
| LIESE, RICHARD | 70 |
| GEWIRTZ, HARRIET | 70 |
| FEINBERG, RONA | 69 |
| REGENBOGEN, MITCHELL | 63 |
| KRAMER, JUDITH | 62 |
| LEDERMAN, NANCY | 58 |
| HOBSON-WILLIAMS, TANYA | 55 |
| PEYSER, HELENE | 50 |
| ALMELEH, LYNN | 44 |
| KESTENBAUM, ELISE | 39 |
| AJELLO, DANIEL | 39 |
| ITZLA, AMY | 39 |
| BROWN, JAMES | 36 |
| CHRISTODOULOU, HARRY | 35 |
| SILVERSON, JEFFREY | 33 |
| GRONBACH, DAVID | 33 |
| MOSCARIELLO, MARGARET | 33 |
| MURRELL, PATRICIA | 30 |
| GIBBONS, RACHEL | 25 |
| RODI, MICHAEL | 23 |

| Name | Count |
|---|---|
| FLAME, LANA | 23 |
| RAHMAN, HASHIM | 23 |
| CICCONE, DIANE | 20 |
| CARAVELLO, BARBARA | 20 |
| TILLYARD, VIRGINIA | 19 |
| EASTWOOD, LISA | 18 |
| COHEN, ANDREA | 18 |
| GLASSER, RANDY | 16 |
| MARQUEZ, ANN | 16 |
| TESSLER, CRAIG | 15 |
| O'CONNELL, MARY | 14 |
| KASSMAN, NED | 13 |
| PORT, BARRY | 12 |
| HAMILTON, TIFFANY | 12 |
| SETO, STEPHANIE | 12 |
| PORTER, AMY | 11 |
| WEISS, SEBASTIAN | 11 |
| YOUNG, JENNIFER | 10 |
| GORDON, MELINDA | 10 |
| NORLANDER, KAREN | 9 |
| LEE, LAURIE | 8 |
| BASILE, MICHAEL | 8 |
| HOFFMAN, PETER | 8 |
| RODRIGUEZ, ROBERT | 7 |
| APPLEWHITE, NATASHA | 6 |
| IVERS, PAUL | 5 |
| AGRITELLEY, RALPH | 5 |
| VASSILAKIS, THEODORE | 4 |
| DEWAN, DEBRA | 4 |
| ABBERBOCK, ELLEN | 4 |
| NISELY, ROBERT | 3 |
| BROMFIELD, BLUETH | 3 |
| KEEFE, JEANNE | 2 |
| MARGOLIS, GENNA | 2 |
| LLOYD, MICHAEL | 1 |
| NAUN, JOHN | 1 |
| MOORE, CHRISTINE | 1 |
| LYNCH, KENNETH | 1 |
| **IHO Count** | **88** |
| **Total Cases** | **13435** |