

**Board of Education of the City of New York**

Impartial Hearing Office Telephone: (718) 935-3280
131 Livingston Street - Room 201 Fax: (718) 935-2528; 2932
Brooklyn, New York  11201

# **MEMORANDUM**

DATE: July 15, 2002

TO: ALL IMPARTIAL HEARING OFFICERS

FROM: Denise Washington
 Chief Administrator

RE: Management of the impartial hearing process

This is to advise you that the management of the impartial hearing process will be transferred to the City Office of Administrative Trials and Hearings (OATH).  Roberto Velez is the Chief Administrative Law Judge at OATH.  Judge Velez has not determined how hearings will be conducted after the function is completely transferred to OATH.  However, he has requested a copy of each hearing officer's resume and they have been forwarded to him.

During the transition the Impartial Hearing Office will be reporting to Burton Sacks, Office of the Chief Executive for External Relations.  The operation of the Impartial Hearing Office will continue as is, until further notice.

c: Burton Sacks, Chief Executive
 Roberto Velez, Chief Administrative Law Judge

Mayerson Decl. Ex. A-1