UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

E.F., on behalf of himself and his minor child, O.F.; J.R. on behalf of herself and her minor child, K.R.; J.F., on behalf of himself and his minor child, H.F.; L.V., on behalf of herself and her minor child, N.F.; M.S. on behalf of himself and his minor children, J.S.; and Q.S., and all other similarly situated,

                                      Plaintiffs,        Civ. No. 21-cv-11150 (ALC)

                                                          **NOTICE OF APPEARANCE**

                            - against -

MAYOR BILL DE BLASIO, in his Official Capacity; THE CITY OF NEW YORK, CHANCELLOR MEISHA PORTER, in her Official Capacity; NEW YORK CITY DEPARTMENT OF EDUCATION; NEW YORK CITY BOARD OF EDUCATION; COMMISSIONER BETTY ROSA, in her Official Capacity; NEW YORK STATE EDUCATION DEPARTMENT; COMMISSIONER JONI KLETTER, in her Official Capacity; COMMISSIONER JODI KLETTER, in her Official Capacity; THE OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS,

                                      Defendants.
_____

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Gary S. Mayerson, Esq., a member of this Court in good standing, respectfully enters his appearance as co-counsel for Plaintiffs E.F., on behalf of himself and his minor child, O.F.; J.R. on behalf of herself and her minor child, K.R.; J.F., on behalf of himself and his minor child, H.F.; L.V., on behalf of herself and her minor child, N.F.; M.S. on behalf of himself and his minor children, J.S.; and Q.S., and all other similarly situated in the above referenced action and also has been designated to accept service of all pleadings, notices, filings,

correspondence, and other papers relating to this litigation on behalf of the aforementioned Plaintiffs.

Dated:     January 11, 2022
           New York, New York

                                              Respectfully submitted,
                                              MAYERSON & ASSOCIATES.

                                              By     */s/Gary S. Mayerson*
                                              Gary S. Mayerson, Esq. (GM8413)
                                              Mayerson & Associates
                                              330 West 38th Street, Suite 600
                                              New York, NY 10018
                                              Phone: (212) 265-7200
                                              Fax:     (917) 210-3075
                                              Gary@mayerslaw.com