UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

E.F., on behalf of himself and his minor child, O.F.; J.R. on behalf of herself and her minor child, K.R.; J.F., on behalf of himself and his minor child, H.F.; L.V., on behalf of herself and her minor child, N.F.; M.S. on behalf of himself and his minor children, J.S.; and Q.S., and all other similarly situated,

                              Plaintiffs,

               - against -

MAYOR BILL DE BLASIO, in his Official Capacity; THE CITY OF NEW YORK, CHANCELLOR MEISHA PORTER, in her Official Capacity; NEW YORK CITY DEPARTMENT OF EDUCATION; NEW YORK CITY BOARD OF EDUCATION; COMMISSIONER BETTY ROSA, in her Official Capacity; NEW YORK STATE EDUCATION DEPARTMENT; COMMISSIONER JONI KLETTER, in her Official Capacity; COMMISSIONER JODI KLETTER, in her Official Capacity; THE OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS,

                              Defendants.

21 CV 11150 (ALC) (SN)

**NOTICE OF APPEARANCE**

------------------------------------------------------------------------ x

        Please enter the appearance of the undersigned, as lead attorney and an attorney to be noticed, on behalf of Defendants Mayor Bill de Blasio, the City of New York, Chancellor Meisha Porter, New York City Department of Education, New York City Board of Education, Commissioner Joni Kletter, and the Office of Administrative Trials and Hearings (together, the "City Defendants") in the above-captioned action.

-2-

Dated:     January 12, 2022
           New York, New York

                                          GEORGIA M. PESTANA
Corporation Counsel of the
 City of New York
Attorney for the City Defendants
100 Church Street
New York, New York 10007
(212) 356-0891
arauchbe@law.nyc.gov

By:     _____s/_____
        Andrew J. Rauchberg
        Assistant Corporation Counsel

cc:     All attorneys of record