UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/12/2022__
```

E.F., et al.,

                **Plaintiffs,**

-against-

Mayor Bill De Blasio, et al.,

                **Defendants.**

1:21-CV-11150 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Upon careful consideration of the Memorandum of Law in Support of Preliminary Injunction and Temporary Restraining Order; the Declarations of Elisa Hyman, Esq. and Gary S. Mayerson, Esq., and the exhibits attached thereto; and the Proposed Order to Show Cause with Emergency Relief; the First Amended Complaint and exhibits attached thereto; and all other pleadings filed in the instant action thus far, it is hereby **ORDERED** that Plaintiffs' Motion for Temporary Restraining Order is **DENIED**.

    It is **FURTHER ORDERED** that:

1. Plaintiffs serve this Order and all moving papers on Defendants and file proof of service on the docket with the Court by **January 14, 2022 at 5PM ET.** Electronic service of this Order and supporting papers shall be deemed good and sufficient service thereof.

2. The above-named Defendants show cause before this Court, on **February 16, 2022 at 12PM ET by telephonic conference at 1-888-363-4749 with access code: 3768660**, why a Preliminary Injunction Order should not issue, pursuant to Rule 65 of the Federal Rules of Civil

Procedure, pending final disposition of this action, ordering Defendants, their agents, officers, servants, representatives and/or employees to refrain from taking any further action to (a) implement the Memorandum of Agreement dated December 1, 2021 (FAC, Ex. A); (b) implement the Executive Order 91 issued on December 27, 2021 (FAC, Ex. B); and (c) hire any new impartial hearing officers as employees of OATH, New York City or any of the Defendants (collectively, the "OATH Plan").

3.   Defendants may file its opposition papers no later than **February 2, 2022.** Any reply shall be filed by Plaintiffs no later than **February 9, 2022.** All briefing shall be served electronically upon the opposing side, contemporaneous with submission to the Court.

**SO ORDERED.**

**Dated**:   **Jan. 12, 2022**

   **New York, New York**

_____

**The Hon. Andrew L. Carter, Jr.**

**United States District Judge**