UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.F., *et al.*,<br><br>                              Plaintiffs,<br><br>         -against-<br><br>Mayor Bill de Blasio, *et al.*,<br><br>                              Defendants. | Civ. No.: 21-cv-11150 (ALC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that JAMES E. SANBORN, an attorney with THE LAW OFFICE OF ELISA HYMAN, P.C., is admitted to practice in this Court and hereby enters his appearance as counsel for Plaintiffs. All further papers and pleadings served or filed in this case shall be served on the undersigned.

Dated:        January 14, 2022
              New York, New York

THE LAW OFFICE OF ELISA HYMAN, P.C.

By  /s/ James E. Sanborn
_____
James E. Sanborn
1115 Broadway, 12th Floor
New York, NY 10010
Phone: (646) 572-9064
Fax: (646) 572-9065
jsanborn@specialedlawyer.com

*Co-counsel for Plaintiffs*