UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

E.F., *et al.,*

                                                           Plaintiffs,        Civ. No. 1: 21-cv-11150 (ALC)

    - against -

MAYOR DE BLASIO, *et al.,*

                                                           Defendants.
_____

**AFFIRMATION OF SERVICE**

        I declare under penalty of perjury that on January 4, 2022, at 3:34 p.m., I served a copy of the Summons, Complaint, and Civil Cover Sheet, and Addendum in the above-captioned action, as well as the Court's Rules, on Defendants on Mayor Bill De Blasio, In His Official Capacity, The City Of New York, Chancellor Meisha Porter, In Her Official Capacity, New York City Department Of Education; New York City Board Of Education; Commissioner Betty Rosa, In Her Official Capacity, New York State Education Department, Commissioner Jodi Kletter, In Her Official Capacity, The Office Of Administrative Trials And Hearings, by electronically transmitting them to the email address, ServiceECF@law.nyc.gov, which is the email address designated by the Corporation Counsel of the City of New York for the purpose of receiving service of process.

Dated: January 14, 2022
New York, New York */s/ Elisa Hyman*

                                                          Elisa Hyman
The Law Office of Elisa Hyman, P.C.
1115 Broadway, 12th Floor
New York, NY 10010
elisahyman@gmail.com
Co-counsel for Plaintiffs