UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.F., *et al.,*

                              Plaintiffs,        Civ. No. 1: 21-cv-11150 (ALC)

    - against -

MAYOR DE BLASIO, *et al.,*

                              Defendants.

---

### AFFIRMATION OF SERVICE

1. I declare under penalty of perjury that on January 14, 2022, between 12:00 p.m. and 12:20 p.m., I served a copy of the following documents in the above-captioned action Defendants New York State Education Department and Commissioner Betty Rosa, In Her Official Capacity, by electronically transmitting them to Brian W. Matula, Esq., Assistant Counsel, New York State Education Department:

    a. First Amended Complaint with Exhibits A-C;

    b. Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction;

    c. Plaintiffs' Memorandum of Law in Support;

    d. Declaration of Elisa Hyman and all exhibits referenced therein;

    e. Declaration of Gary S. Mayerson and all exhibits referenced therein;

    f. Order of the Hon. Andrew L. Carter dated January 12, 2022.

2. Mr. Matula directed me to upload the documents to a secure link, as the email transmission was being blocked by the firewall and he was unable to access a Dropbox link.

3. Mr. Matula confirmed *via* email on behalf of Defendants NYSED and the Commissioner that he had received the above documents.

Dated: January 14, 2022
New York, New York

*/s/ Elisa Hyman*

Elisa Hyman
The Law Office of Elisa Hyman, P.C.
1115 Broadway, 12th Floor
New York, NY 10010
elisahyman@gmail.com
Co-counsel for Plaintiffs