

# Hearings Division Quarterly Report



*4Q CY2021*
(Oct - Dec 2021)
*NOTE: summonses received, processed and hearings held at OATH since March 2020
were affected by COVID-19 pandemic*

January 30, 2022

# Summonses Received
## Board Cases*
### *4Q CY2021*



**DSNY**
*26.0% Decrease*

| 1Q CY21 | 2Q CY21 | 3Q CY21 | 4QCY21 |
|---|---|---|---|
| 71,226 | 83,092 | 62,954 | 46,575 |



**DOB**
*28.3% Decrease*

| 1Q CY21 | 2Q CY21 | 3Q CY21 | 4QCY21 |
|---|---|---|---|
| 20,535 | 23,573 | 24,207 | 17,353 |



**DOT**
*15.1% Decrease*

| 1Q CY21 | 2Q CY21 | 3Q CY21 | 4QCY21 |
|---|---|---|---|
| 5,435 | 8,966 | 9,932 | 8,436 |



**FDNY**
*32.1% Decrease*

| 1Q CY21 | 2Q CY21 | 3Q CY21 | 4QCY21 |
|---|---|---|---|
| 7,589 | 12,316 | 11,764 | 7,984 |



**DEP**
*0.3% Increase*

| 1Q CY21 | 2Q CY21 | 3Q CY21 | 4QCY21 |
|---|---|---|---|
| 5,447 | 6,633 | 5,312 | 5,326 |



**DOHMH**
*24.6% Decrease*

| 1Q CY21 | 2Q CY21 | 3Q CY21 | 4QCY21 |
|---|---|---|---|
| 3,944 | 3,941 | 8,276 | 6,241 |

**% change**    3Q CY2021 vs. 4Q CY2021

*legacy legislation designated these cases as ECB

January 30, 2022

# Summonses Received
## Board Cases*
### 4Q CY2021









| Agency | 3Q CY21 vs. 4Q CY21 |
|---|---|
| NYC SHERIFF | 395.2% |
| NYPD | 10.9% |
| DEP | 0.3% |
| DOT | -15.1% |
| DPR | -16.9% |
| DOITT | -22.9% |
| DOHMH | -24.6% |
| DSNY | -26.0% |
| DOB | -28.3% |
| FDNY | -32.1% |
| BIC | -53.8% |
| MISC AGENCIES | -58.3% |
| AGENCY CODE MISSING | -100.0% |
| LPC | - |
| DOF TOBACCO | - |

% change  =   3Q CY2021 vs. 4Q CY2021

*legacy legislation designated these cases as ECB

January 30, 2022

3

# Summonses Received
## Non-Board Cases
### *4Q CY2021*







**% change  =    3Q CY2021 vs. 4Q CY2021**

*January 30, 2022*

4

# Summonses Received

## Board Cases*

## *Quarterly Comparisons*

| Agency | 4Q CY2020 (Oct, Nov & Dec 2020) | 4Q CY2021 (Oct, Nov & Dec 2021) | % Change |
|---|---|---|---|
| DSNY | 71,421 | 46,575 | -35% |
| DOB | 16,099 | 17,353 | 8% |
| DOT | 10,007 | 8,436 | -16% |
| FDNY | 11,745 | 7,984 | -32% |
| DOHMH | 3,578 | 6,241 | 74% |
| NYPD | 5,858 | 5,101 | -13% |
| DEP | 4,355 | 5,326 | 22% |
| DPR | 1,217 | 946 | -22% |
| DOITT | 0 | 54 | - |
| BIC | 15 | 6 | -60% |
| LPC | 0 | 0 | - |
| Agency Code Missing | 10 | 0 | -100% |
| Misc | 166 | 225 | 36% |
| DOF TOBACCO | 0 | 0 | - |
| NYC SHERIFF | 150 | 104 | -31% |
| VENDOR CASES(DCA) | 0 | 295 | - |
| Total: | 124,621 | 98,646 | -21% |

*legacy legislation designated these cases as ECB

# Total Summonses Heard
## Board Cases*
### *Quarterly Comparisons*

| Agency | 4Q CY2020 (Oct, Nov & Dec 2020) | 4Q CY2021 (Oct, Nov & De 2021) | % Change |
|---|---|---|---|
| DOB | 20,461 | 21,459 | 5% |
| DSNY | 10,847 | 9,695 | -11% |
| FDNY | 6,013 | 5,013 | -17% |
| DEP | 3,760 | 3,195 | -15% |
| DOHMH | 1,310 | 2,709 | 107% |
| DOT | 1,373 | 1,748 | 27% |
| NYPD | 1,252 | 1,092 | -13% |
| DPR | 233 | 151 | -35% |
| Misc | 19 | 58 | 205% |
| DOITT | 37 | 54 | 46% |
| NYC SHERIFF | 12 | 41 | 242% |
| Agency Code Missing | 0 | 0 | - |
| LPC | 1 | 0 | - |
| BIC | 12 | 0 | - |
| DOF TOBACCO | 0 | 0 | - |
| VENDOR CASES (DCA) | 0 | 13 | - |
| Total | 45,330 | 45,228 | -0.2% |

*legacy legislation designated these cases as ECB

# Decisions Rendered
# Board Cases*
# *Quarterly Comparisons*

| Agency | 4Q CY2020 (Oct, Nov, Dec) | 4Q CY2021 (Oct, Nov, Dec) | % Change |
|---|---|---|---|
| DOB | 12,045 | 12,119 | 1% |
| DSNY | 9,411 | 10,677 | 13% |
| FDNY | 5,262 | 4,069 | -23% |
| DEP | 3,094 | 2,677 | -13% |
| DOHMH | 1,235 | 2,462 | 99% |
| NYPD | 2,034 | 2,294 | 13% |
| DOT | 1,421 | 1,707 | 20% |
| DPR | 203 | 155 | -24% |
| Misc | 35 | 81 | 131% |
| DOITT | 20 | 46 | 130% |
| NYC SHERIFF | 10 | 23 | 130% |
| VENDOR CASES(DCA) | 0 | 23 | - |
| BIC | 17 | 0 | -100% |
| Agency Code Missing | 4 | 0 | -100% |
| LPC | 0 | 0 | - |
| DOF TOBACCO | 0 | 0 | - |
| TOTAL | 34,791 | 36,333 | 4% |

*legacy legislation designated these cases as ECB

January 30, 2022

# Hearing to Decision:
## Board Cases*
### (Elapsed Time from Last Hearing to Decision Date)
### 4Q CY2021

| | 1Q CY2021 (Jan-Mar 2021) | 2Q CY2021 (Apr-Jun 2021) | 3Q CY2021 (Jul-Sep 2021) | 4Q CY2021 (Oct-Dec 2021) |
|---|---|---|---|---|
| < 10 days | 80% | 81% | 96.9% | 94.8% |
| 11 to 20 days | 10% | 9% | 2.1% | 4.5% |
| 21 to 30 days | 5% | 5% | 0.8% | 0.6% |

| | 1Q CY2021 (Jan-Mar 2021) | 2Q CY2021 (Apr-Jun 2021) | 3Q CY2021 (Jul-Sep 2021) | 4Q CY2021 (Oct-Dec 2021) |
|---|---|---|---|---|
| < 20 days | 90% | 90% | 99% | 99.2% |
| 21 to 30 days | 5% | 5% | 0.8% | 0.6% |
| 31 to 40 days | 2% | 1% | 0.1% | 0.1% |

*legacy legislation designated these cases as ECB

January 30, 2022

8

# Decisions Rendered after Hearing
## Board Cases*
### 4Q CY2020 vs. 4Q CY2021
### *(In Violation/Dismissed/Stipulated/Community Service)*

| | 4Q CY2020 (Oct, Nov, Dec) |
|---|---|
| DISMISSED | 12,939 |
| IN VIOLATION | 21,747 |
| STIPULATED | 105 |
| CSRV/CJRA | 0 |
| TOTAL | 34,791 |

| | 4Q CY2021 (Oct, Nov, Dec) |
|---|---|
| DISMISSED | 14,856 |
| IN VIOLATION | 21,274 |
| STIPULATED | 203 |
| CSRV/CJRA | 0 |
| TOTAL | 36,333 |





# Decisions Rendered after Hearing
## Board Cases*
### (By Agency – 4Q CY2020 vs. 4Q CY2021)

| DSNY | 4Q CY2020 |
|------|-----------|
| DISMISSED | 5,040 |
| IN VIOLATION | 4,371 |
| STIPULATED | 0 |
| CSRV/CJRA | 0 |
| TOTAL | 9,411 |



| DSNY | 4Q CY2021 |
|------|-----------|
| DISMISSED | 5,807 |
| IN VIOLATION | 4,870 |
| STIPULATED | 0 |
| CSRV/CJRA | 0 |
| TOTAL | 10,677 |



| DOB | 4Q CY2020 |
|-----|-----------|
| DISMISSED | 3,451 |
| IN VIOLATION | 8,587 |
| STIPULATED | 7 |
| TOTAL | 12,045 |



| DOB | 4Q CY2021 |
|-----|-----------|
| DISMISSED | 3,303 |
| IN VIOLATION | 8,811 |
| STIPULATED | 5 |
| TOTAL | 12,119 |

| DOT | 4Q CY2020 |
|-----|-----------|
| DISMISSED | 699 |
| IN VIOLATION | 722 |
| STIPULATED | 0 |
| TOTAL | 1,421 |



| DOT | 4Q CY2021 |
|-----|-----------|
| DISMISSED | 885 |
| IN VIOLATION | 822 |
| STIPULATED | 0 |
| TOTAL | 1,707 |



*legacy legislation designated these cases as ECB

January 30, 2022

# Decisions Rendered after Hearing
## Board Cases*
### (By Agency – 4Q CY2020 vs. 4Q CY2021)

| FDNY | 4Q CY2020 |
|---|---|
| DISMISSED | 510 |
| IN VIOLATION | 4,752 |
| STIPULATED | 0 |
| TOTAL | 5,262 |



| FDNY | 4Q CY2021 |
|---|---|
| DISMISSED | 611 |
| IN VIOLATION | 3,458 |
| STIPULATED | 0 |
| TOTAL | 4,069 |



| DEP | 4Q CY2020 |
|---|---|
| DISMISSED | 819 |
| IN VIOLATION | 2,177 |
| STIPULATED | 98 |
| TOTAL | 3,094 |

| DEP | 4Q CY2021 |
|---|---|
| DISMISSED | 596 |
| IN VIOLATION | 1,883 |
| STIPULATED | 198 |
| TOTAL | 2,677 |

| NYPD | 4Q CY2020 |
|---|---|
| DISMISSED | 1,519 |
| IN VIOLATION | 515 |
| STIPULATED | 0 |
| CSRV/CJRA | 0 |
| TOTAL | 2,034 |

| NYPD | 4Q CY2021 |
|---|---|
| DISMISSED | 1,875 |
| IN VIOLATION | 419 |
| STIPULATED | 0 |
| CSRV/CJRA | 0 |
| TOTAL | 2,294 |

*legacy legislation designated these cases as ECB

January 30, 2022

# Decisions Rendered after Hearing
## Board Cases*
### (By Agency – 4Q CY2020 vs. 4Q CY2021)

| DOHMH | 4Q CY2020 |
|---|---|
| DISMISSED | 732 |
| IN VIOLATION | 503 |
| STIPULATED | 0 |
| CSRV/CJRA | 0 |
| TOTAL | 1,235 |

| DOHMH | 4Q CY2021 |
|---|---|
| DISMISSED | 1,598 |
| IN VIOLATION | 864 |
| STIPULATED | 0 |
| CSRV/CJRA | 0 |
| TOTAL | 2,462 |



| DPR | 4Q CY2020 |
|---|---|
| DISMISSED | 92 |
| IN VIOLATION | 111 |
| STIPULATED | 0 |
| CSRV/CJRA | 0 |
| TOTAL | 203 |

| DPR | 4Q CY2021 |
|---|---|
| DISMISSED | 76 |
| IN VIOLATION | 79 |
| STIPULATED | 0 |
| CSRV/CJRA | 0 |
| TOTAL | 155 |



| DOITT | 4Q CY2020 |
|---|---|
| DISMISSED | 19 |
| IN VIOLATION | 1 |
| STIPULATED | 0 |
| TOTAL | 20 |

| DOITT | 4Q CY2021 |
|---|---|
| DISMISSED | 29 |
| IN VIOLATION | 17 |
| STIPULATED | 0 |
| TOTAL | 46 |





*legacy legislation designated these cases as ECB

| BIC | 4Q CY2020 |
|---|---|
| DISMISSED | 15 |
| IN VIOLATION | 2 |
| STIPULATED | 0 |
| TOTAL | 17 |



| BIC | 4Q CY2021 |
|---|---|
| DISMISSED | 0 |
| IN VIOLATION | 0 |
| STIPULATED | 0 |
| TOTAL | 0 |

| LPC | 4Q CY2020 |
|---|---|
| DISMISSED | 0 |
| IN VIOLATION | 0 |
| STIPULATED | 0 |
| TOTAL | 0 |

| LPC | 4Q CY2021 |
|---|---|
| DISMISSED | 0 |
| IN VIOLATION | 0 |
| STIPULATED | 0 |
| TOTAL | 0 |

| Vendor Cases (DCA) | 4Q CY2020 |
|---|---|
| DISMISSED | 0 |
| IN VIOLATION | 0 |
| STIPULATED | 0 |
| TOTAL | 0 |

| Vendor Cases (DCA) | 4Q CY2021 |
|---|---|
| DISMISSED | 16 |
| IN VIOLATION | 7 |
| STIPULATED | 0 |
| TOTAL | 23 |

| NYC SHERIFF | 4Q CY2020 |
|---|---|
| DISMISSED | 4 |
| IN VIOLATION | 6 |
| STIPULATED | 0 |
| TOTAL | 10 |



| NYC SHERIFF | 4Q CY2021 |
|---|---|
| DISMISSED | 6 |
| IN VIOLATION | 17 |
| STIPULATED | 0 |
| TOTAL | 23 |



*legacy legislation designated these cases as ECB

# Decisions Rendered after Hearing
## <u>Non-Board</u> Health Cases
### 4Q CY2021
### *(In Violation/Dismissed)*

| | 4Q CY2021 (Oct - Dec 2021) |
|---|---|
| DISMISSED | 3,106 |
| IN VIOLATION † | 6,039 |
| TOTAL | 9,145 |



† The number does not include default decisions.

*The numbers reflect per charge not summons.*

January 30, 2022

# Decisions Rendered after Hearing
## <u>Non-Board</u> DCA Cases
### 4Q CY2021
### *(In Violation/Dismissed)*

| | 4Q CY2021<br>(Oct – Dec 2021) |
|---|---|
| **DISMISSED** | 59 |
| **IN VIOLATION**† | 713 |
| **TOTAL** | 772 |



† The number does not include default decisions.

*The numbers reflect per charge not summons.*

January 30, *2022*

15

# Decisions Rendered after Hearing
## <u>Non-Board</u> Vehicle for Hire Cases
### 4Q CY2021
### *(In Violation/Dismissed)*

|  | 4Q CY2021<br>(Oct - Dec 2021) |
|---|---|
| **DISMISSED** | 312 |
| **IN VIOLATION** † | 548 |
| **TOTAL** | 860 |



# Appealed Summonses by Enforcement Agency
## Board Cases*
### (4Q CY2021)

| Agency | # of Violations |
|---|---|
| DOB | 113 |
| DSNY | 66 |
| DEP | 25 |
| FDNY | 13 |
| DOHMH | 9 |
| DOT | 4 |
| DPR | 4 |
| NYPD | 2 |
| NYC - SHERIFF | 1 |
| Grand Total | 237 |

*legacy legislation designated these cases as ECB

# Appealed Summonses by Enforcement Agency
# for <u>Non-Board</u> Cases

## (4Q CY2021)

| Agency | # of<br>Appeals filed |
|---|---|
| Health | 14 |
| DCA | 38 |
| Vehicle for Hire | 67 |
| Total: | 119 |

# Defaults
## Board Cases*
### *(4Q CY2021)*

**Total # of Defaults** *(Oct - Dec 2021)*  **=**    **59,562**

| Issuing Agency | # of Defaults | % out of Total Defaults |
|---|---|---|
| DSNY | 30,307 | 51% |
| DOB | 9,434 | 16% |
| DOT | 6,695 | 11% |
| DOHMH | 3,955 | 7% |
| FDNY | 3,747 | 6% |
| DEP | 2,773 | 5% |
| NYPD | 1,560 | 3% |
| DPR | 764 | 1% |
| MISC | 187 | 0.3% |
| NYC SHERIFF | 73 | 0.1% |
| VENDOR CASES(DCA) | 45 | 0.1% |
| DOITT | 17 | 0.03% |
| BIC | 5 | 0.01% |

*legacy legislation designated these cases as ECB

January 30, 2022

# Defaults *
## Non-Board Cases
### *(4Q CY2021)*

**Total # of Defaults** *(Oct – Dec 2021)* **=**  |  **7,561**

| Issuing Agency | # of Defaults |
|---|---|
| Health | 897 |
| DCA | 1,112 |
| Vehicle for Hire | 5,552 |

*Numbers reflect summonses*

# Most Commonly Issued Summonses By Agency (AIMS)

| DOT |
|---|
| FAILURE TO PERMANENTLY RESTORE CUT WITHIN REQUIRED TIME |
| FAILURE TO COMPLY WITH THE TERMS AND CONDITIONS OF DOT PERMITS |
| OBSTRUCTION OF STREET W/CONSTRUCTION MATERIALS/EQUIPMENT W/O PERMIT |

| DOB |
|---|
| TO COMPLY W COMMISSIONER ORDER TO FILE CERT OF CORRECTION W DOB |
| UNLAWFUL ACTS. FAILURE TO COMPLY WITH AN ORDER OF THE COMMISSIONER |
| MISCELLANEOUS VIOLATIONS |

| NYPD |
|---|
| OPEN CONTAINER CONSUMPTION OF ALCOHOL ON STREETS |
| RIGHT OF WAY - FAILURE TO YIELD, PHYSICAL INJURY |
| PUBLIC URINATION 1ST OFFENSE |

| DSNY |
|---|
| FAILURE TO CLEAN 18 INCHES INTO STREET |
| DIRTY SIDEWALK |
| DIRTY AREA |

*legacy legislation designated these cases as ECB

# Most Commonly Issued Summonses By Agency (AIMS)

## DEP

IDLING OF MOTOR VEHICLE ENGINE MORE THAN THREE MINUTES 1ST OFF

FAILED TO SUBMIT AN ANNUAL TEST REPORT FOR A BACKFLOW PREVENTER

UNREGISTERED BOILER OR WATER HEATER-350,000 - 4,200,000 BTU HR 1ST OFF

## DOHMH

FAIL TO ELIMINATE RODENT INFESTATION SHOWN BY ACTIVE RODENT SIGNS 1ST

FAIL TO ELIMINATE CONDITIONS CONDUCIVE TO RODENT - DEBRIS, VEGETATION 1ST

FAIL TO ELIMINATE CONDITIONS CONDUCIVE TO PESTS, GARBAGE CANS SPILLAGE

## FDNY

FIRE PROTECTION SYSTEMS: FAIL TO PREVENT UNNECESSARY UNWARRANTED ALARMS

INSPECTION AND TESTING

FIRE PROTECTION SYSTEMS

## LPC

N/A

*legacy legislation designated these cases as ECB

# Most Commonly Issued Summonses By Agency (AIMS)

| NYC - SHERIFF |
|---|
| SALE OR POSSESSION OF UNTAXED CIGARETTES 1ST |
| UNLAWFUL SALE OF FLAVORED TOBACCO 1ST |
| CONCEALMENT OF UNTAXED CIGARETTES OR COUNTERFEIT TAX STAMPS 1ST |

| BIC |
|---|
| IDLING OF MOTOR VEHICLE ENGINE MORE THAN THREE MINUTES 1ST OFF |
| |
| |

| DPR |
|---|
| FAILURE TO COMPLY WITH DIRECTIONS PROHIBITIONS ON SIGNS |
| UNLEASHED UNCONTROLLED ANIMALS IN PARK |
| UNLAWFUL VENDING |

| DOITT |
|---|
| FAILURE TO PROVIDE WORKING PUBLIC PAY TELEPHONE / OPERATOR SERVICES |
| FAILED TO CLEAN MAINTAIN PUBLIC PAY TELEPHONE AS PER REQMNTS OF SUBSEC |

*legacy legislation designated these cases as ECB

# HEALTH Non-Board (ATAS) - Issued Summonses

| HEALTH Violation Type | 1Q CY2021 | 2Q CY2021 | 3Q CY2021 | 4Q CY2021 |
|---|---|---|---|---|
| RESTAURANT | 3 | 10 | 2592 | 1481 |
| DAY CARE | 88 | 116 | 117 | 307 |
| LEAD POISONING | 22 | 10 | 24 | 184 |
| BATHING ESTABLISHMENTS - SWIMMING Pools | 5 | 1 | 45 | 45 |
| Indoor TANNING (PREVIOUSLY IMMUNIZATION-Beginning Dec2014) | | | | 28 |
| GAS APPLIANCES | 11 | 24 | 29 | 23 |
| EHAC: Environmental Hazards (form-ly HAZARDOUS SUBSTANCE WTC) | 39 | 76 | 72 | 22 |
| RADIATION | 1 | 7 | 12 | 21 |
| SMOKE FREE AA / TOBACCO VENDING | | | 9 | 14 |
| EHAC: Food Borne illness (beginning Feb 9, 2015 - formerly Milk ) | | 5 | 5 | 6 |
| NUISANCES | | 4 | 9 | 5 |
| CALORIC MENU | | | | 1 |
| DAY CAMP | | 1 | 39 | |
| Total | 169 | 254 | 2953 | 2137 |

| HEALTH (Non-Board) – 4Q CY2021 Most Commonly Issued Summonses |
|---|
| RESTAURANT |
| DAY CARE |
| LED Poisoning |

| VIOLATION TYPE | 1Q CY2021 | 2Q CY2021 | 3Q CY2021 | 4Q CY2021 |
|---|---|---|---|---|
| Tobacco Retail Dealer | 287 | 554 | 875 | 619 |
| Grocery-Retail | 82 | 66 | 280 | 255 |
| Garage | 175 | 265 | 99 | 70 |
| Electronic Store | 67 | 105 | 56 | 31 |
| Misc Non-Food Retail | 40 | 72 | 60 | 28 |
| Secondhand Dealer Auto | 23 | 42 | 30 | 27 |
| Secondhand Dealer [General] | 61 | 77 | 23 | 26 |
| Home Improvement Contractor | 5 | 10 | 19 | 25 |
| Tow Truck Company | 1 | 27 | 29 | 20 |
| Gas Station-Retail | 42 | 31 | 23 | 20 |
| Restaurant | 8 | 5 | 13 | 20 |
| Parking Lot | 41 | 40 | 31 | 18 |
| Electronic & Home Appliance Service Dealer | 35 | 52 | 19 | 18 |
| Supermarket | 81 | 41 | 39 | 14 |
| Process Server (Individual) | 10 | 25 | 9 | 14 |
| Newsstand | 14 | 35 | 6 | 11 |
| Employment Agency | | 3 | 6 | 7 |
| Garage & Parking Lot | 19 | 18 | 15 | 6 |
| Tow Truck Driver | 17 | 2 | 1 | 4 |
| Pawnbroker | 18 | 10 | 8 | 3 |
| Drug Store Retail | 24 | 16 | 1 | 3 |
| Tax Preparers | 20 | 44 | 1 | 2 |
| Stoop Line Stand | | 1 | 5 | 1 |
| Salons And Barbershop | 3 | 1 | 1 | 1 |
| Debt Collection Agency | | 1 | | 1 |
| Auto Rental | | | | 1 |
| Gasoline Truck-Retail | | 1 | 215 | |
| Fuel Oil Dealer | 4 | 43 | 1 | |
| Furniture Sales | 3 | 1 | 1 | |
| Hardware-Retail | 1 | 1 | 1 | |
| Wearing Apparel | | | 1 | |
| Dealer In Products For The Disabled | 4 | 10 | | |
| Jewelry Store-Retail | 1 | 5 | | |
| Gaming Café | 5 | 4 | | |
| Amusement Arcade | 2 | 2 | | |
| Special Sale | 1 | 2 | | |
| Dry Cleaners | | 2 | | |
| Megastore | 2 | 1 | | |
| Storage Warehouse | | 1 | | |
| Appliances | | 1 | | |
| Other | 414 | 605 | 559 | 548 |
| Total | 1510 | 2222 | 2427 | 1793 |

| DCA – 4Q CY2021 Most Commonly Issued Summonses |
|---|
| Tobacco Retail Dealer |
| Grocery-Retail |
| Garage |

# VFH (Taxi) (NYCServ) - Issued Summonses

| NYCServ_Summonses RECEIVED BY TYPE | 1Q CY2021 | 2Q CY2021 | 3Q CY2021 | 4Q CY2021 |
|---|---|---|---|---|
| Enforcement | 4,560 | 11,854 | 10,962 | 8,058 |
| Administrative Summons | 5,557 | 3,027 | 6,058 | 5,384 |
| Consumer Complaint | 451 | 714 | 768 | 840 |
| NYPD | 105 | 165 | 294 | 281 |
| Port Authority | 101 | 143 | 86 | 135 |
| Safety And Emissions | 0 | 0 | 0 | 0 |
| **Total** | **10,774** | **15,903** | **18,168** | **14,698** |

| NYCServ – 4Q CY2021 Most Commonly Issued Summonses |
|---|
| Enforcement |
| Administrative Summons |
| Consumer Complaint |