**From:** Alan Deutsch (DCAS)
**Sent:** Friday, July 27, 2018 10:25 AM
**To:** 'tylenolqc@gmail.com' <tylenolqc@gmail.com>
**Subject:** RE: FOIL Request

Mr. Gonzalez,

I'm writing in response to your Freedom of Information Request, copied below, for a list of City of New York titles determined to be "hard to recruit" for purposes of residency requirements.

A copy of the list of "hard to recruit" titles is attached.

There is no separate list of titles not bound by residency laws.  I would refer you to Sections 12-120 and 12-121 of the New York City Administrative Code ("Residency Requirements), available at http://www.nyc.gov/html/dcas/downloads/pdf/misc/AC_sections.pdf.

Please note that you will be receiving a series of system-generated emails following this correspondence.

   Sincerely,

   Alan Deutsch


**Alan Deutsch | Senior Counsel**
**Records Access Officer/Open Data Coordinator**
**P: (212) 386-6226 |** adeutsch@dcas.nyc.gov
**NYC DCAS**
**Citywide Administrative Services**


**Sent:** Wednesday, July 25, 2018 12:42 AM

Request Title: List of hard to recruit titles certified by DCAS and residency titles

Request Description: I would like the list of titles that are currently certified by DCAS known as 'hard to recruit'. This list would be for any current existing titles which are currently certified by DCAS as 'hard to recruit'. Furthermore, I would also like to request a list of civil service titles that are not bound by the residency laws of NYC or NYS wherein an employee in that title can live in New Jersey (for example).

**Name:**
Matthew Gonzalez
**Email:**
tylenolqc@gmail.com



**Hard-to-Recruit Titles Excepted from the Residence Requirements
Pursuant to Section 12-121 of the Administrative Code**

| Title Code Number | Title |
|---|---|
| 82985 | Administrative Actuary |
| 10004 | Administrative Architect |
| 10054 | Administrative Blasting Inspector |
| 10007 | Administrative Borough Superintendent |
| 82991 | Administrative Construction Project Manager |
| 10056 | Administrative Director of Social Services |
| 10015 | Administrative Engineer |
| 10073 | Administrative Inspector (Buildings) |
| 10077 | Administrative Inspector (Electrical) |
| 10078 | Administrative Inspector (Housing) |
| 10248, 1024A | Administrative Job Opportunity Specialist |
| 82981 | Administrative Juvenile Counselor |
| 10034 | Administrative Landmarks Preservationist |
| 10023 | Administrative Landscape Architect |
| 83008 | Administrative Project Manager |
| 10032 | Administrative Public Health Nurse |
| 10035 | Administrative Supervisor of Building Maintenance |
| 10049 | Administrative Tax Auditor |
| 10064, 1006A | Administrative Tests and Measurement Specialist |
| 30087 | Agency Attorney (ACS - Family Court Legal Services Unit Only) |
| 30086 | Agency Attorney Interne (ACS - Family Court Legal Services Unit Only) |
| 5304B | Agency Deputy Medical Director |
| 5304A | Agency Medical Director |
| 40410 | Appraiser (Real Estate) |
| 21215 | Architect |
| 21205 | Architectural Intern |
| 21210 | Assistant Architect |
| 91504 | Assistant Captain (Ferry) |
| 20510 | Assistant Chemical Engineer |

*Revised May 2018*



| Title Code Number | Title |
|---|---|
| 20210 | Assistant Civil Engineer |
| 30112, 3011B, 06503 | Assistant Corporation Counsel |
| 20310 | Assistant Electrical Engineer |
| 20617 | Assistant Environmental Engineer |
| 21310 | Assistant Landscape Architect |
| 20410 | Assistant Mechanical Engineer |
| 22405 | Assistant Plan Examiner (Buildings) |
| 31640 | Associate Inspector (Boilers) |
| 31642 | Associate Inspector (Construction) |
| 31643 | Associate Inspector (Electrical) |
| 31644 | Associate Inspector (Elevator) |
| 31675 | Associate Inspector (Housing) |
| 31649 | Associate Inspector (Plumbing) |
| 31650 | Associate Inspector (Steel Construction) |
| 52316 | Associate Job Opportunity Specialist |
| 52300 | Associate Juvenile Counselor |
| 92238 | Associate Landmarks Preservationist |
| 22427 | Associate Project Manager |
| 97022 | Attending Physician |
| 30085 | Attorney at Law* (ACS – Family Court Legal Services Unit Only) |
| 51237 | Audiologist (Health) |
| 21562 | Bio-Medical Equipment Technician |
| 91510 | Captain (Ferry) |
| 52304 | Caseworker |
| 13693 | Certified Applications Developer* |
| 13694 | Certified Database Administrator* |
| 13644 | Certified IT Administrator (Database) |
| 13652 | Certified IT Administrator (LAN/WAN) |
| 13643 | Certified IT Developer (Applications) |
| 13691 | Certified Local Area Network Administrator* |
| 13692 | Certified Wide Area Network Administrator* |
| 20515 | Chemical Engineer |
| 20503 | Chemical Engineering Intern |
| 91522 | Chief Marine Engineer |
| 91523 | Chief Marine Engineer (Diesel) |
| 50670 | Chief Pharmacist |
| 52170 | Chief Psychologist |

* Present Incumbents Only

Hyman Reply Dec. Ex. A - 000003



| Title Code Number | Title |
|---|---|
| 52366 | Child Protective Specialist |
| 52367 | Child Protective Specialist Supervisor |
| 52369 | Child Welfare Specialist |
| 52370 | Child Welfare Specialist Supervisor |
| 53036 | City Clinician |
| 53046 | City Deputy Medical Director |
| 53047 | City Medical Director |
| 53859 | City Medical Examiner (OCME) |
| 53040 | City Medical Specialist |
| 40523 | City Tax Auditor |
| 20215 | Civil Engineer |
| 20216 | Civil Engineer (Building Construction) |
| 20217 | Civil Engineer (Highway Traffic) |
| 20218 | Civil Engineer (Sanitary) |
| 20219 | Civil Engineer (Structural) |
| 20220 | Civil Engineer (Water Supply) |
| 20202 | Civil Engineering Intern |
| 81303 | Climber and Pruner |
| 13621 | Computer Associate (Operations) |
| 13631 | Computer Associate (Software) |
| 10074 | Computer Operations Manager |
| 13651 | Computer Programmer Analyst |
| 13622 | Computer Specialist (Operations) |
| 13632 | Computer Specialist (Software) |
| 10050 | Computer Systems Manager |
| 06410 | Construction Management Consultant |
| 34202 | Construction Project Manager |
| 51015 | Consultant Public Health Nurse (Child Health) |
| 51014 | Consultant Public Health Nurse (Communicable Diseases) |
| 51017 | Consultant Public Health Nurse (Hospital Services) |
| 51012 | Consultant Public Health Nurse (Mental Hygiene) |
| 51021 | Consultant Public Health Nurse (Nursing Education) |
| 51018 | Consultant Public Health Nurse (Rehabilitation) |
| 91611 | Crane Operator (Any Motive Power Except Steam) |
| 21849, 2184A, 2184B, 2184C | Criminalist |
| 50102 | Dental Hygienist |
| 95451 | Deputy Chief Medical Examiner |
| 95497 | Deputy Director of Medicolegal Investigations (OCME) |
| 95618 | Director of Energy Conservation (DCAS) |
| 95600 | Director of Field Operations (Child Protective Services) |

Hyman Reply Dec. Ex. A - 000004



| Title Code Number | Title |
|---|---|
| 95496 | Director of Medicolegal Investigations (OCME) |
| 95838 | Director of Urban Park Rangers |
| 20315 | Electrical Engineer |
| 20302 | Electrical Engineering Intern |
| 53053 | Emergency Medical Specialist - EMT |
| 53054 | Emergency Medical Specialist - Paramedic |
| 20919 | Engineer-Assessor (Utility) |
| 20100 | Engineering Work Study Trainee |
| 20618 | Environmental Engineer |
| 20616 | Environmental Engineering Intern |
| 20122 | Estimator (General Construction) |
| 20123 | Estimator (Mechanical) |
| 95005 | Executive Agency Counsel (ACS - Family Court Legal Services Unit Only) |
| 06782 | Executive Director of Materials for the Arts |
| 95010 | Executive Inspector (Fire Department) |
| 06776 | Family Public Health Nurse (HMH) |
| 91533 | First Assistant Marine Engineer (Diesel) |
| 81361 | Forester |
| 06795 | IT Automation & Monitoring Engineer |
| 06796 | IT Infrastructure Engineer |
| 06797 | IT Project Specialist |
| 06798 | IT Security Specialist |
| 06799 | IT Service Management Specialist |
| 31620 | Inspector (Boilers) |
| 31622 | Inspector (Construction) |
| 31623 | Inspector (Electrical) |
| 31624 | Inspector (Elevator) |
| 31670 | Inspector (Housing) |
| 31656 | Inspector (Multi-Discipline) |
| 31629 | Inspector (Plumbing) |
| 31630 | Inspector (Steel Construction) |
| 52314 | Job Opportunity Specialist |
| 51008 | Junior Public Health Nurse |
| 52295 | Juvenile Counselor |
| 92237 | Landmarks Preservationist |
| 21315 | Landscape Architect |
| 21306 | Landscape Architectural Intern |
| 82987 | Manager of Radio Repair Operations |
| 91542 | Marine Engineer |
| 91556 | Mate (Ferry) |
| 20415 | Mechanical Engineer |
| 20403 | Mechanical Engineering Intern |



| Title Code Number | Title |
|---|---|
| 90691 | Medical Equipment Specialist |
| 53299 | Medicolegal Investigator (OCME) |
| 06777 | Nurse Manager (Family Public Health) |
| 06611 | Nurse Practitioner (Department of Health) |
| 51210 | Occupational Therapist |
| 50610 | Pharmacist |
| 53010 | Physician |
| 52700 | Physician's Assistant |
| 22410 | Plan Examiner (Buildings) |
| 06663 | Poison Information Specialist (HMH) |
| 40425 | Principal Appraiser (Real Estate) |
| 50660 | Principal Pharmacist |
| 06771 | Protection Agent |
| 51011 | Public Health Nurse |
| 51022 | Public Health Nurse (School Health) |
| 51006 | Public Health Nurse (Session) |
| 06801 | Public Health Preventative Medicine Resident (HMH) |
| 0680A | Public Health Preventative Medicine Fellow |
| 53211 | Psychiatrist (per hour) |
| 52110 | Psychologist |
| 90733 | Radio Repair Mechanic |
| 40415 | Senior Appraiser (Real Estate) |
| 21563 | Senior Bio-Medical Equipment Technician |
| 20127 | Senior Estimator (General Construction) |
| 20128 | Senior Estimator (Mechanical) |
| 06800 | Senior IT Architect |
| 51235 | Senior Occupational Therapist |
| 50635 | Senior Pharmacist |
| 52135 | Senior Psychologist |
| 91638 | Senior Stationary Engineer |
| 06668 | Special Examiner (DCAS) |
| 06656 | Special Examiner (Physical Tests) (DCAS) |
| 51239 | Staff Audiologist |
| 91644 | Stationary Engineer |
| 40420 | Supervising Appraiser (Real Estate) |
| 51240 | Supervising Audiologist |
| 31840 | Supervising Blasting Inspector |
| 53055, 5305E, 5305F | Supervising Emergency Medical Service Specialist |
| 50650 | Supervising Pharmacist |
| 51241 | Supervising Therapist |
| 91617 | Supervisor Crane Operator (Any Motive Power Except Steam) |
| 34205 | Supervisor of Electrical Installations and Maintenance |
| 34221 | Supervisor of Mechanical Installations and Maintenance |



| | |
|---|---|
| 90760 | Supervisor of Radio Repair Operations |
| 52311 | Supervisor I (Social Services) |
| 52312 | Supervisor II (Social Services) |
| 52313 | Supervisor III (Social Services) |
| 21015 | Surveyor |
| 21006 | Tax Map Cartographer |
| 12704 | Tests and Measurement Specialist |
| 91215 | Tractor Operator |

**Deleted Titles**

| | |
|---|---|
| 20610 | Air Pollution Control Engineer |
| 20502 | Air Pollution Control Engineering Intern |
| 06106 | Architectural Specialist |
| 20605 | Assistant Air Pollution Control Engineer |
| 34210 | Assistant Superintendent of Construction |
| 21010 | Assistant Surveyor |
| 21005 | Assistant Surveyor Trainee |
| 40522 | Associate Tax Auditor |
| 34217 | Construction Manager |
| 06019 | Engineering Specialist |
| 34266 | General Superintendent of Construction |
| 91673 | General Supervisor of Building Maintenance (Construction) |
| 91674 | General Supervisor of Building Maintenance (Electrical) |
| 91675 | General Supervisor of Building Maintenance (Mechanical) |
| 52299 | Head Juvenile Counselor (Present Incumbents Only) |
| 06637 | Medical Subspecialist |
| 34215 | Superintendent of Construction |
| 51060 | Supervising Public Health Nurse (Bureau of School Children and Adolescent Health Services) |
| 91670 | Supervisor of Building Maintenance (Construction) |
| 91671 | Supervisor of Building Maintenance (Electrical) |
| 91672 | Supervisor of Building Maintenance (Mechanical) |
| 40521 | Tax Auditor |