UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
E.F., et al.,                                          :
                                                       :
                           Plaintiffs,                 :
                                                       :
            -against-                                  :      1:21-CV-11150 (ALC)
                                                       :
MAYOR ERIC ADAMS, et al.,                              :      ORDER SCHEDULING
                                                       :      PRE-MOTION CONFERENCE
                           Defendants.                 :
                                                       :
-------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/7/2022

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' pre-motion conference letters concerning State and City Defendants' intended motions to dismiss. ECF Nos. 49, 51. Upon review of the submissions, the request for a pre-motion conference is hereby **GRANTED**.

The Court will hold the conference on **April 12, 2022 at 11:30AM Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). Members of the public and the press can use the same dial-in information. The Clerk of Court shall terminate the letter motions at ECF Nos. 49 and 51.

**SO ORDERED.**

Dated:   4/7/2022
         New York, New York

                                                      _____
                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**