UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
E.F., et al,

                        **Plaintiffs,**

      -against-

MAYOR ERIC ADAMS, et al,

                        **Defendants.**

------------------------------------------------------------- x

21-CV-11150 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the parties' recent submissions. ECF Nos. 100 and 101. Defendants' request for a conference is GRANTED.

**The Court will hold a telephonic pretrial conference in this action on Monday, February 13, 2023 at 1:00PM Eastern Time.** All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

The Clerk of Court is respectfully directed to close the motion at ECF No. 100.

SO ORDERED.

Dated:    **New York, New York**
            **February 7, 2023**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**