# Advocates for Justice

New York Office
225 Broadway
Suite 1902
New York, New York 10007
p: 212-285-1400 – ext. 112
f:  212-285-1410



**Laura Dawn Barbieri**
Special Counsel
(cell) 914-819-3387
Lbarbieri@advocatesny.com

August 7, 2023

*Via ECF*
The Honorable Andrew L. Carter, Jr.
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *J.F., et al. v. Adams, et al.,* **No. 21 CV 11150 (ALC)**
       <u>Plaintiffs' Request for Extension in Briefing Schedule</u>

Dear Judge Carter:

  On behalf of Plaintiffs, and with the consent of Defendants, we write to request the Court's approval of the following extension in the briefing schedule: Plaintiffs' responses to Defendants' motions, which were July 26, 2023, would be due on September 6, 2023; Defendants' reply if any would be extended from September 22, 2023 to November 3, 2023.

  The reasons for the extension request are several; my husband went into the hospital unexpectedly and necessitated my taking a number of days off from work. In addition, one of our associates is also unexpectedly in the hospital, causing a bit of a work backlog at our offices. Finally, the extended request is also due in part to a planned vacation from August 21 to September 2, 2023.

  Plaintiffs apologize for the lateness of this application and respectfully request that this schedule be granted *nunc pro tunc*.

  Thank you.

              Respectfully submitted,

              *Laura Dawn Barbieri*
                Laura D. Barbieri

CC: All counsel of record by ecf