UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.F. ON BEHALF OF HIMSELF AND HIS MINOR CHILD, H.F., et al., <br><br> *Plaintiffs*, <br> -against- <br><br> MAYOR ERIC ADAMS, et al., <br><br> *Defendants*. | 1:21-cv-11150 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are ORDERED to file a joint status report by February 23, 2024 clarifying whether M.F. and J.W. remain plaintiffs in this action.

**SO ORDERED.**

**Dated: February 16, 2024**
   New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

1