**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **J.F., on behalf of himself and his minor child, et al.,** | |
| **Plaintiffs,** | **1:21-cv-11150 (ALC)** |
| **-against-** | **<u>ORDER</u>** |
| **MAYOR ZOHRAN K. MAMDANI, et al.,** | |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court schedules a hearing for August 27, 2026, at 2:00pm. The parties should appear in person in Courtroom 444 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, on the date and time specified above.

**SO ORDERED.**

**Dated:** August 6, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**