USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/19/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**J.F., et al.,**

**Plaintiffs,**

**-against-**

**ZOHRAN K. MAMDANI, et al.,**

**Defendants.**

---------------------------------------------------------------X

**21-CV-11150 (ALC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In the parties' last status report, they proposed an additional status letter deadline of October 15, 2026. ECF No. 173. To date, the Court has not received an update on settlement discussions.

The parties are ORDERED to file a status letter on or before Friday, October 23, 2026. Should the parties determine that a settlement conference would be productive, they may request to schedule a conference by filing a letter on the docket. Due to the Court's busy calendar, last-minute requests for settlement conferences may not be accommodated.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 19, 2026
New York, New York