**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **J.F., on behalf of himself and his minor child, et al.,** | : | |
| | : | **1:21-cv-11150 (ALC)** |
| **Plaintiffs,** | : | |
| | : | **<u>ORDER</u>** |
| **-against-** | : | |
| **MAYOR ZOHRAN K. MAMDANI, et al.,** | : | |
| **Defendants.** | : | |

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants' consent motion for an extension, ECF No. 172, is **GRANTED** *pro nunc tunc*. The Motion for Judgment on the Pleadings will be marked as timely filed. In the joint status letter ordered by Magistrate Judge Wang, the parties should indicate whether they anticipate seeking additional extensions to the briefing schedule due to settlement discussions.

In light of the extended briefing schedule, the hearing previously scheduled for October 27, 2026, is **ADJOURNED** to **November 12, 2026**, at **3:00 p.m.** The parties should appear in person in Courtroom 444 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, on the date and time specified above.

The Clerk of Court is respectfully directed to terminate ECF No. 172.

**SO ORDERED.**

**Dated:** October 20, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**