**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **J.F., on behalf of himself and his minor child, et al.,**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**MAYOR ZOHRAN K. MAMDANI, et al.,**<br><br>**Defendants.** | **1:21-cv-11150 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

The hearing previously scheduled for November 12, 2026, is ADJOURNED to **December 15, 2026, at 4:00 p.m.** The parties should appear in person in Courtroom 444 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, on the date and time specified above.

The parties shall submit a joint status report regarding settlement by November 24, 2026.

**SO ORDERED.**

**Dated:** November 10, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**